**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

June 13, 2008

CASE TITLE:     NUANCE COMMUNICATIONS-v-ABBYY SOFTWARE HOUSE
RECEIVED FROM: Central District of California

CASE NUMBER:     CV 08-02912 WDB

TO COUNSEL OF RECORD:

      The above entitled action has been transferred to this District.  All future filings should reflect the above case number.

                    Sincerely,

                    RICHARD W. WIEKING, Clerk

                    by: *Kelly Collins*
                    Case Systems Administrator

o:\mrg\civil\transin.mrg