| | |
|---|---|
| 1 | RON E. SHULMAN, State Bar No. 178263 |
|  | rshulman@wsgr.com |
| 2 | TERRY KEARNEY, State Bar No. 160054 |
|  | tkearney@wsgr.com |
| 3 | JULIE M. HOLLOWAY, State Bar No. 196942 |
|  | jholloway@wsgr.com |
| 4 | S. MICHAEL SONG State Bar No. 198656 |
|  | msong@wsgr.com |
| 5 | TUNG-ON KONG, State Bar No. 205871 |
|  | tkong@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI |
|  | Professional Corporation |
| 7 | 650 Page Mill Road |
|  | Palo Alto, CA 94304-1050 |
| 8 | Telephone: (650) 493-9300 |
|  | Facsimile:  (650) 565-5100 |

Attorneys for Plaintiff,
NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS, | ) Case No.: C 08-02912 JSW |
|  | ) |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
|  | ) |
| v. | ) |
|  | ) |
| ABBYY SOFTWARE HOUSE, | ) |
|  | ) |
| Defendant. | ) |

-1-
CERTIFICATE OF SERVICE

3391576_1.DOC

# CERTIFICATE OF SERVICE

I, Tracey Nero, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

☐ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

☒ By consigning the document(s) to an express mail service for guaranteed next day delivery to the following person(s):

<u>Attorneys for Plaintiff Abbyy USA Software House, Inc.</u>
Michael J. Song
Ronald M. Wawrzyn
Foley & Lardner LLP
975 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 856-3700
Facsimile: (650) 856-3710

Grant Kinsel
Foley & Lardner LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071

<u>Attorneys for Third Party, Lexmark International, Inc.</u>
Eugene A. Feher
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

☐ By consigning the document(s) to a messenger for guaranteed hand delivery on this date to the following person(s):

☐ By consigning the document(s) to a facsimile operator for transmittal on this date to the following person(s):

☐   By forwarding the document(s) by electronic transmission on this date, in compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below:

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on June 27, 2008.

*/s/ Tracey Nero*
Tracey Nero