1  RON E. SHULMAN, State Bar No. 178263
   rshulman@wsgr.com
2  TERRY KEARNEY, State Bar No. 160054
   tkearney@wsgr.com
3  JULIE M. HOLLOWAY, State Bar No. 196942
   jholloway@wsgr.com
4  S. MICHAEL SONG, State Bar No. 198656
   msong@wsgr.com
5  TUNG-ON KONG, State Bar No. 205871
   tkong@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  650 Page Mill Road
   Palo Alto, CA 94304-1050
8  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
9
   Attorneys for Plaintiff
10 NUANCE COMMUNICATIONS, INC.

11               UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15 NUANCE COMMUNICATIONS,            )   CASE NO.: No. C 08-02912 JSW
                                     )
16         Plaintiff,                )   **CERTIFICATION OF**
                                     )   **INTERESTED ENTITIES OR**
17    v.                             )   **PERSONS**
                                     )
18 ABBYY SOFTWARE HOUSE,             )
   ABBYY USA SOFTWARE HOUSE, INC. and)
19 LEXMARK INTERNATIONAL, INC.       )
                                     )
20         Defendants.               )
                                     )
21 _____)

22

23

24

25

26

27

28

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

 Plaintiff's Counsel Wilson Sonsini Goodrich & Rosati.

Dated: July 3, 2008          WILSON, SONSINI, GOODRICH & ROSATI

                             By:     /s/ S. Michael Song
                                     S. Michael Song

                             Attorneys for Plaintiff
                             NUANCE COMMUNICATIONS