**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS, INC.,

    Plaintiff,

v.

ABBYY SOFTWARE HOUSE ET AL,

    Defendants.

No. C 08-02912 JSW

**ORDER REFERRING MOTION FOR ATTORNEYS' FEES AND COSTS TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, Defendant's motion for award of attorneys' fees and costs is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation. The hearing date of October 3, 2008 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: July 23, 2008

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

cc: Wings Hom