IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., | No. C 08-2912 MEJ |
| Plaintiff(s), | **NOTICE OF REFERENCE** |
| vs. | **ORDER SCHEDULING HEARING** |
| ABBYY SOFTWARE HOUSE, et al., | |
| Defendant(s). | |

This case has been referred to the undersigned magistrate judge for a report and recommendation on Defendant Abbyy USA Software's motion for award of attorneys' fees and costs. The Court shall conduct a hearing on September 18, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All briefing shall be in compliance with Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: July 24, 2008

MARIA-ELENA JAMES
United States Magistrate Judge