1  Harvey I. Saferstein (SBN: 49750)
   Nada I. Shamonki (SBN: 205359)
2  MINTZ LEVIN COHN FERRIS GLOVSKY AND
     POPEO P.C.
3  Century Plaza Towers
   2029 Century Park East, Suite 1370
4  Los Angeles, CA 90067
   Phone: 310.586.3200
5  Fax:   310.586.3202
   Email: hsaferstein@mintz.com; nshamonki@mintz.com
6
   Eugene A. Feher (*Admitted Pro Hac Vice*)
7  MINTZ LEVIN COHN FERRIS GLOVSKY AND
     POPEO P.C.
8  One Financial Center
   Boston, MA 02111
9  Phone: 617.542.6000
   Fax:   617.542.2241
10 Email: eafeher@mintz.com

11 Attorneys for Defendant
   Lexmark International, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., | Case No. CV 08-02912 JSW |
| Plaintiff, | |
| v. | **ADMINISTRATIVE MOTION FOR ENDORSEMENT OF STIPULATION ALLOWING LEXMARK INTERNATIONAL, INC. TO AMEND ITS ANSWER TO ADD DECLARATORY JUDGMENT COUNTERCLAIMS** |
| ABBYY SOFTWARE HOUSE, ABBYY USA SOFTWARE HOUSE, and LEXMARK INTERNATIONAL, INC., | |
| Defendants. | |

Defendant Lexmark International, Inc. ("Lexmark") hereby respectfully files this Administrative Motion for Endorsement of Stipulation Allowing Lexmark International, Inc. to

Amend its Answer to Add Declaratory Judgment Counterclaims, and would show the Court the following:

1. Lexmark filed its answer in this matter on March 28, 2008, when the case was pending in the Central District of California. Now that this matter has been transferred to this District, Lexmark seeks to amend its answer to add declaratory judgment counterclaims of non-infringement and invalidity with respect to each of the patents-in-suit.

2. Although the period for amending Lexmark's answer as a matter of course under Fed.R.Civ.P. 15(a)(1) has expired, Fed.R.Civ.P. 15(a)(2) allows Lexmark to amend its pleading with the court's leave *or "with the opposing party's written consent."*

3. In order to avoid the cost of motion practice, Lexmark has sought and received the written consent of the plaintiff, Nuance Communications, Inc., (the opposing party in this case) to amend its answer to add declaratory judgment counterclaims of non-infringement and invalidity with respect to each of the patents-in-suit. Reflecting such consent, the parties have concurrently filed a Stipulation Allowing Lexmark International, Inc. to Amend its Answer to Add Declaratory Judgment Counterclaims ("Stipulation"). Attached to the Stipulation is Lexmark's proposed amended answer which would add Lexmark's counterclaims of non-infringement and invalidity with respect to each of the patents-in-suit.

4. Accordingly, because written consent has been given by Nuance, Lexmark respectfully requests the Court to endorse the Stipulation pursuant to Local Rule 7-12 on the last page where indicated, allowing Lexmark to file its amended answer pursuant to the consent provision of Fed.R.Civ.P. 15(a)(2).

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 8, 2008 | Respectfully submitted, |
| 3 | | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.** |
| 4 | | |
| 5 | | /s/ Eugene A. Feher |
| 6 | | Harvey I. Saferstein |
| | | Eugene A. Feher *(Admitted Pro Hac Vice)* |
| 7 | | Nada I. Shamonki |
| 8 | | *Attorneys for Defendant Lexmark, Inc.* |