Harvey I. Saferstein (SBN: 49750)
Nada I. Shamonki (SBN: 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND
  POPEO P.C.
Century Plaza Towers
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Phone: 310.586.3200
Fax:    310.586.3202
Email:  hsaferstein@mintz.com; nshamonki@mintz.com

Eugene A. Feher (*Admitted Pro Hac Vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY AND
  POPEO P.C.
One Financial Center
Boston, MA 02111
Phone: 617.542.6000
Fax:    617.542.2241
Email: eafeher@mintz.com

Attorneys for Defendant
Lexmark International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., | Case No. CV 08-02912 JSW |
| Plaintiff, | |
| v. | **STIPULATION ALLOWING LEXMARK INTERNATIONAL, INC. TO AMEND ITS ANSWER TO ADD DECLARATORY JUDGMENT COUNTERCLAMS** |
| ABBYY SOFTWARE HOUSE, ABBYY USA SOFTWARE HOUSE, and LEXMARK INTERNATIONAL, INC., | |
| Defendants. | |

WHEREBY, the plaintiff, Nuance Communications, Inc. ("Nuance"), reserving its right to move for costs against Lexmark International, Inc. ("Lexmark") pursuant to Fed.R.Civ.P. 41(d), has consented in writing to a request by Lexmark to amend its answer to add declaratory judgment

counterclaims of non-infringement and invalidity with respect to each patent-in-suit, as set forth in the proposed amended answer attached as Exhibit A;

THEREFORE, pursuant to the consent provision of Fed.R.Civ.P. 15(a)(2), the parties stipulate that Lexmark may amend its answer to add declaratory judgment counterclaims of non-infringement and invalidity with respect to each patent-in-suit, as set forth in the proposed amended answer attached as Exhibit A.

ACCORDINGLY, pursuant to Fed.R.Civ.P. 15(a)(2), and particularly the consent provision thereof, Lexmark may amend its answer to add declaratory judgment counterclaims of non-infringement and invalidity with respect to each patent-in-suit, as set forth in the proposed amended answer attached as Exhibit A.

Dated: August 8, 2008

**LEXMARK INTERNATIONAL, INC.**

By its attorneys,

/s/ Eugene A. Feher
Harvey I. Saferstein
Eugene A. Feher
Nada I. Shamonki
MINTZ LEVIN COHN FERRIS GLOVSKY
  AND POPEO, P.C.
Century Plaza Towers
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

*Attorneys for Defendant Lexmark, Inc.*

| | | |
|---|---|---|
| 1 | Dated: August 8, 2008 | **ABBYY USA SOFTWARE HOUSE** |
| 2 | | By its attorneys, |
| 3 | | |
| 4 | | /s/ Grant E. Kinsel |
| | | Grant E. Kinsel |
| 5 | | FOLEY & LARDNER LLP |
| | | 555 South Flower Street |
| 6 | | Suite 3500 |
| | | Los Angeles, CA 90071-2411 |
| 7 | | Telephone: (213) 972-4500 |
| 8 | | Facsimile: (213) 486-0065 |
| 9 | | *Attorneys for Defendant Abbyy USA Software House* |
| 10 | Dated: August 8, 2008 | **NUANCE COMMUNICATIONS, INC.** |
| 11 | | By its attorneys, |
| 12 | | /s/ Seungtaik Michael Song |
| 13 | | Seungtaik Michael Song |
| | | WILSON SONSINI GOODRICH & ROSATI |
| 14 | | Wilson Sonsini Goodrich & Rosati |
| | | 650 Page Mill Road |
| 15 | | Palo Alto, CA 94303 |
| | | Telephone: 650-493-9300 |
| 16 | | Facsimile: 650-493-6811 |
| 17 | | *Attorneys for Nuance Communications, Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: August 8, 2008

*[signature]*
JEFFREY S. WHITE
United States District Court