RON E. SHULMAN, State Bar No. 178263
rshulman@wsgr.com
TERRY KEARNEY, State Bar No. 160054
tkearney@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
S. MICHAEL SONG State Bar No. 198656
msong@wsgr.com
TUNG-ON KONG, State Bar No. 205871
tkong@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABBYY SOFTWARE HOUSE, ABBYY USA SOFTWARE HOUSE, And LEXMARK INTERNATIONAL, INC., <br><br> Defendants. | Case No.: CV-08-02912 JSW <br><br> **NUANCE COMMUNICATIONS, INC.'S ANSWER TO DEFENDANT LEXMARK INTERNATIONAL, INC.'S COUNTERCLAIMS** <br><br> **DEMAND FOR JURY TRIAL** |

PLAINTIFF NUANCE COMMUNICATIONS, INC.'S
ANSWER TO DEFENDANT LEXMARK INTERNATIONAL, INC.'S
COUNTER CLAIMS
CASE NO.: CV 08-02912 JSW

3427680_2.DOC

Plaintiff and Counterdefendant Nuance Communications, Inc. ("Nuance") answers the allegations of Lexmark International, Inc. ("Lexmark") pled in paragraphs 79-99 of the Amended Answer and Counterclaims of Lexmark International, Inc. ("Lexmark's Counterclaims"), as follows:

### FIRST COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement and Invalidity of U.S. Pat. No. 5,131,053)**

1. Nuance does not reply to allegations contained in Paragraphs 1-78 of Lexmark's Amended Answer, which are not part of Lexmark's Counterclaims.

2. Nuance denies the allegations in Paragraph 80 of Lexmark's Counterclaims.

3. Nuance denies the allegations in Paragraph 81 of Lexmark's Counterclaims.

4. Nuance admits that Lexmark seeks the judgment described in Paragraph 82, but otherwise denies the allegations of Paragraph 82.

### SECOND COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement and Invalidity of U.S. Pat. No. 5,381,489)**

5. Nuance does not reply to allegations contained in Paragraphs 1-78 of Lexmark's Amended Answer, which are not part of Lexmark's Counterclaims. Nuance incorporates by reference its answer in paragraphs 1-4, above.

6. Nuance denies the allegations in Paragraph 84 of Lexmark's Counterclaims.

7. Nuance denies the allegations in Paragraph 85 of Lexmark's Counterclaims.

8. Nuance admits that Lexmark seeks the judgment described in Paragraph 86, but otherwise denies the allegations of Paragraph 86.

### THIRD COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement and Invalidity of U.S. Pat. No. 5,436,983)**

9. Nuance does not reply to allegations contained in Paragraphs 1-78 of Lexmark's Amended Answer, which are not part of Lexmark's Counterclaims. Nuance incorporates by reference its answer in paragraphs 1-8, above.

10. Nuance denies the allegations in Paragraph 88 of Lexmark's Counterclaims.

1

PLAINTIFF NUANCE COMMUNICATIONS INC.'S
ANSWER TO DEFENDANT LEXMARK INTERNATIONAL, INC.'S
COUNTER CLAIMS
CASE NO.: CV 08-02912 JSW

11. Nuance denies the allegations in Paragraph 89 of Lexmark's Counterclaims.

12. Nuance admits that Lexmark seeks the judgment described in Paragraph 90, but otherwise denies the allegations of Paragraph 90.

### FOURTH COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement and Invalidity of U.S. Pat. No. 6,038,342)**

13. Nuance does not reply to allegations contained in Paragraphs 1-78 of Lexmark's Amended Answer, which are not part of Lexmark's Counterclaims. Nuance incorporates by reference its answer in paragraphs 1-12, above.

14. Nuance denies the allegations in Paragraph 92 of Lexmark's Counterclaims.

15. Nuance denies the allegations in Paragraph 93 of Lexmark's Counterclaims.

16. Nuance admits that Lexmark seeks the judgment described in Paragraph 94, but otherwise denies the allegations of Paragraph 94.

### FIFTH COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement and Invalidity of U.S. Pat. No. 5,261,009)**

17. Nuance does not reply to allegations contained in Paragraphs 1-78 of Lexmark's Amended Answer, which are not part of Lexmark's Counterclaims. Nuance incorporates by reference its answer in paragraphs 1-16, above.

18. Nuance denies the allegations in Paragraph 96 of Lexmark's Counterclaims.

19. Nuance denies the allegations in Paragraph 97 of Lexmark's Counterclaims.

20. Nuance admits that Lexmark seeks the judgment described in Paragraph 98, but otherwise denies the allegations of Paragraph 98.

### EXCEPTIONAL CASE

21. Nuance denies that the case is exceptional in favor of Lexmark, but admits that the case is exceptional in favor of Nuance.

### PRAYER FOR RELIEF

WHEREFORE, Nuance respectfully requests that this Court:

2

(a) Dismiss Lexmark's Counterclaims One through Five with prejudice;

(b) Deny the relief sought by Lexmark in its Prayer for Relief;

(c) Award Nuance its costs and reasonable attorney's fees incurred in having to defend against Lexmark's Counterclaims; and

(d) Award Nuance such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Nuance hereby demands a trial by jury.

Dated: August 28, 2008                    WILSON SONSINI GOODRICH & ROSATI

By: _____/s/_____
       S. Michael Song

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
**NUANCE COMMUNICATIONS, INC.**

3

PLAINTIFF NUANCE COMMUNICATIONS INC.'S
ANSWER TO DEFENDANT LEXMARK INTERNATIONAL, INC.'S
COUNTER CLAIMS
CASE NO.: CV 08-02912 JSW