RON SHULMAN, State Bar No. 178263
rshulman@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
TUNG-ON KONG, State Bar No. 205871
tkong@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>ABBYY SOFTWARE HOUSE, et al. )<br><br>Defendant. )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>_____ ) | Case No.: CV-08-02912 MEJ<br><br>**DECLARATION OF M. CRAIG TYLER IN OPPOSITION TO MOTION FOR COSTS PURSUANT TO RULE 41(d)**<br><br>Date: September 18, 2008<br>Time: 10:00 a.m.<br>Court: Courtroom B, 15th Floor |

I, M. Craig Tyler declare as follows:

    1.    I am an attorney with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., and I am admitted to practice law in the State of Texas.  I represent Nuance Communications, Inc. ("Nuance") in connection with the action for patent infringement pending before United States District Court for the Northern District of California against ABBYY Software House, a Russian entity and ABBYY USA Software House, Inc. ("ABBYY USA").  I make this declaration in support of Nuance's opposition to ABBYY USA's motion for costs pursuant to

1    Federal Rule of Civil Procedure 41(d). I have personal knowledge of the facts set forth herein

2    and, if called as a witness, could and would testify competently thereto.

3        2.        When counsel for ABBYY USA requested an extension of time in the Wisconsin

4    action, I explained that that Nuance could not agree to an extension before Judge Shabaz because

5    he did not look kindly on plaintiffs who filed cases in his court and then agreed to extensions.

6        3.        My understanding of practicing before Judge Shabaz is that he does not routinely

7    grant motions for an extension of time, and he has previously penalized a plaintiff that joined in a

8    defendant's request for an extension of time to file a responsive pleading to a complaint.

9        4.        While Nuance did not agree in or join the motion for an extension of time, it

10   never opposed ABBYY USA's motion for an extension of time or stated that it would oppose

11   such a motion.

12       I declare under penalty of perjury that the foregoing is true and correct and based on my

13   personal knowledge.

14       Executed on August 28, 2008, at Austin, Texas.

15

16   _____ /s/ _____

17                        M. Craig Tyler

18

19

20

21

22

23

24

25

26

27

28