# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Nuance Communications, Inc.,<br><br>                    Plaintiff(s),<br><br>      v.<br><br>,<br><br>                    Defendant(s). | 08-02912 JSW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-02912 JSW                                                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4    It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: September 4, 2008

RICHARD W. WIEKING
Clerk
by:   Lisa M. Salvetti

*/s/ Lisa M. Salvetti*
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

PROOF OF SERVICE

Case Name:      Nuance Communications, Inc. v.

Case Number:    08-02912 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 4, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Woo J. Kim
> Wilson Sonsini Goodrich & Rosati
> 900 South Capital of Texas Highway North
> Austin, TX 78746-5546

> Craig N. Hentschel
> Dykema Gossett LLP
> 333 South Grand Ave.
> Suite 2100
> Los Angeles, CA 90071

> Julie M. Holloway
> Wilson Sonsini Goodrich & Rosati
> 650 Page Mill Road
> Palo Alto, CA 94304
> jholloway@wsgr.com

> Scott Andrew Sher
> Wilson Sonsini Goodrich & Rosati
> 1700 K Street NW
> 5th Floor

Washington, DC 20006
ssher@wsgr.com

Seungtaik Michael Song
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94303
msong@wsgr.com

Terrence J.P. Kearney
Wilson Sonsini Goodrich and Rosati
650 Page Mill Road
A Professional Corporation
Palo Alto, CA 94304-1050
tkearney@wsgr.com

Tung-On Kong
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
tkong@wsgr.com

Franklin M. Rubinstein
Wilson Sonsini Goodrich & Rosati
1700 K Street NW
Fifth Floor
Washington, DC 20006-3817

Ron Eleazer Shulman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
A Professional Corporation
Palo Alto, CA 94304-1050
rshulman@wsgr.com

Marvin Craig Tyler
Wilson Sonsini Goodrich & Rosati
900 South Capital of Texas Highway
Sa Cimas IV Fifth Floor
Austin, TX 78746-5546
ctyler@wsgr.com

Elise Marie Miller
Wilson Sonsini Goodrich & Rosati

One Market Street
Spear Tower
Suite 3300
San Francisco, CA 94105
emiller@wsgr.com

Grant Edward Kinsel
Foley & Lardner LLP
555 South Flower Street
Suite 3500
Los Angeles, CA 90071-2411
gkinsel@foley.com

Nada I. Shamonki
Mintz Levin Cohn Ferris Glovsky Popeo
2029 Century Park East
Suite 1370
Los Angeles, CA 90067
nshamonki@mintz.com

Eugene Andrew Feher
Mintz Levin Cohn Ferris Glovsky et. al.
One Financial Center
Boston, MA 02111
eafeher@mintz.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 4, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

*[signature]*

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov