

Clerk's Use Only
Initial for fee pd.:

M. CRAIG TYLER
900 South Capital of Texas Hwy.
Las Cimas IV, Fifth Floor
Austin, TX 78746
512.338.5400

FILED
08 SEP -3 PM 2:25
RICHARD H. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS, INC.,

Plaintiff(s),

v.

ABBYY SOFTWARE HOUSE,
ABBYY USA SOFTWARE HOUSE,
LEXMARK INTERNATIONAL, INC.,

Defendant(s).

CASE NO. CV-08-02912 MEJ

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, M. Craig Tyler, an active member in good standing of the bar of Texas, Eastern and Western Districts, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Nuance Communications in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 1, 2008