RECEIVED
08 SEP -3 PM 2: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

NUANCE COMMUNICATIONS, INC.,

CASE NO. CV-08-02912 MEJ

Plaintiff(s),

v.

ABBYY SOFTWARE HOUSE,
ABBYY USA SOFTWARE HOUSE,
LEXMARK INTERNATIONAL, INC.

Defendant(s).

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

M. Craig Tyler                , an active member in good standing of the bar of

Texas, Eastern District and Western District        whose business address and telephone number

(particular court to which applicant is admitted)

is

Wilson Sonisini Goodrich & Rosati,
900 South Capital of Texas Hwy., Las Cimas IV, Fifth Floor
Austin, Texas 78746; Telephone: 512.338,5400

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge