RECEIVED
08 SEP -3 PM 2:25

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

NUANCE COMMUNICATIONS, INC.,

CASE NO. CV-08-02912 ~~MEJ~~ JSW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),
v.

ABBYY SOFTWARE HOUSE,
ABBYY USA SOFTWARE HOUSE,
LEXMARK INTERNATIONAL, INC.

Defendant(s).

M. Craig Tyler, an active member in good standing of the bar of Texas, Eastern District and Western District whose business address and telephone number (particular court to which applicant is admitted) is

Wilson Sonisini Goodrich & Rosati,
900 South Capital of Texas Hwy., Las Cimas IV, Fifth Floor
Austin, Texas 78746; Telephone: 512.338,5400

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  09/05/08



Judge
Judge Jeffrey S. White