**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS, INC.,

          Plaintiff(s),

  vs.

ABBYY SOFTWARE HOUSE, et al.,

          Defendant(s).

                                 /

No. C 08-2912 JSW (MEJ)

**ORDER CONTINUING HEARING RE DEFENDANT'S MOTION FOR ATTORNEY'S FEES**

      Pending before the Court Defendant Abbyy USA Software's motion for award of attorneys' fees and costs, which has been referred to the undersigned magistrate judge for a report and recommendation.  The Court hereby CONTINUES the hearing on the matter, currently scheduled on September 18, to September 25, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

      **IT IS SO ORDERED.**

Dated: September 8, 2008

                                       
MARIA-ELENA JAMES
United States Magistrate Judge