IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS INC,

    Plaintiff,

v.

NUANCE COMMUNICATIONS, INC.,

    Defendant.

No. C 08-02912 JSW

**ORDER REFERRING ALL DISCOVERY DISPUTES TO A MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, all discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: September 17, 2008

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

cc: Wings Hom