Harvey I. Saferstein (SBN: 49750)
Nada I. Shamonki (SBN: 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND
  POPEO P.C.
Century Plaza Towers
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Phone:  310.586.3200
Fax:       310.586.3202
Email:  hsaferstein@mintz.com; nshamonki@mintz.com

Eugene A. Feher (*Admitted Pro Hac Vice*)
Robert R. Gilman (*Admitted Pro Hac Vice*)
James C. Hall (*Admitted Pro Hac Vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY AND
  POPEO P.C.
One Financial Center
Boston, MA 02111
Phone:  617.542.6000
Fax:       617.542.2241
Email: eafeher@mintz.com

Attorneys for Defendant
Lexmark International, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., | Case No. CV 08-02912 JSW |
| Plaintiff, | |
| v. | **STIPULATION ALLOWING LEXMARK INTERNATIONAL, INC. TO AMEND ITS AMENDED ANSWER TO ADD AFFIRMATIVE DEFENSES** |
| ABBYY SOFTWARE HOUSE, ABBYY USA SOFTWARE HOUSE, and LEXMARK INTERNATIONAL, INC., | |
| Defendants. | |

WHEREBY, the plaintiff, Nuance Communications, Inc. ("Nuance") has consented in writing to a request by Lexmark to amend its answer to add the following affirmative defenses, as set

forth in the proposed Second Amended Answer and Counterclaims of Lexmark International, Inc. attached as Exhibit A:

### SIXTH AFFIRMATIVE DEFENSE

Nuance's claims against Lexmark are barred in whole or in part by express or implied licenses and/or by the doctrine of patent exhaustion.

### SEVENTH AFFIRMATIVE DEFENSE

Nuance's claims against Lexmark are statutorily limited by 35 U.S.C. § 286 and/or Nuance's failure to comply with one or more provisions of 35 U.S.C. § 287.

### EIGHTH AFFIRMATIVE DEFENSE

Any claims for injunctive relief against Lexmark are barred in light of the fact that Nuance has an adequate remedy at law.

THEREFORE, pursuant to the consent provision of Fed.R.Civ.P. 15(a)(2), the parties stipulate that Lexmark may amend its answer to add the above-identified affirmative defenses, as set forth in the proposed Second Amended Answer and Counterclaims of Lexmark International, Inc. attached as Exhibit A.

ACCORDINGLY, pursuant to Fed.R.Civ.P. 15(a)(2), and particularly the consent provision thereof, Lexmark may amend its answer to add the above-identified affirmative defenses, as set forth in the proposed Second Amended Answer and Counterclaims of Lexmark International, Inc. attached as Exhibit A.

| | |
|---|---|
| Dated: October 1, 2008 | **LEXMARK INTERNATIONAL, INC.** |
| | By its attorneys, |
| |   /s/ Eugene A. Feher |
| | Eugene A. Feher<br>MINTZ LEVIN COHN FERRIS GLOVSKY<br>  AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Telephone: 617-542-6000<br>Facsimile: 617-542-2241 |
| | *Attorneys for Defendant Lexmark, Inc.* |
| Dated: October 1, 2008 | **ABBYY USA SOFTWARE HOUSE** |
| | By its attorneys, |
| |   /s/ Grant E. Kinsel |
| | Grant E. Kinsel<br>FOLEY & LARDNER LLP<br>555 South Flower Street<br>Suite 3500<br>Los Angeles, CA 90071-2411<br>Telephone: (213) 972-4500<br>Facsimile: (213) 486-0065 |
| | *Attorneys for Defendant Abbyy USA Software House* |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 1, 2008 | **NUANCE COMMUNICATIONS, INC.** |
| 3 | | By its attorneys, |
| 4 | | |
| 5 | | /s/ Tung-On Kong |
| | | Tung-On Kong |
| 6 | | WILSON SONSINI GOODRICH & ROSATI |
| | | Wilson Sonsini Goodrich & Rosati |
| 7 | | 650 Page Mill Road |
| | | Palo Alto, CA 94303 |
| 8 | | Telephone: 650-493-9300 |
| | | Facsimile: 650-493-6811 |
| 9 | | |
| 10 | | *Attorneys for Nuance Communications, Inc.* |

**PURSUANT TO STIPULATION,
IT IS SO ORDERED.**

Date: October 1, 2008

_____
JEFFREY S. WHITE
United States District Court

---

4386461 -4- STIPULATION TO AMEND LEXMARK'S
AMENDED ANSWER TO ADD DEFENSES
Case No. CV-08-02912 (JSW)