IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., | No. C 08-2912 MEJ |
| Plaintiff(s), | **ORDER FOR PARTIES TO APPEAR FOR MEET AND CONFER SESSION** |
| vs. | |
| ABBYY SOFTWARE HOUSE, et al., | |
| Defendant(s). | |

The Court is in receipt of Plaintiff's Request for Telephonic Conference, filed on February 27, 2009. (Dkt. #77.) Pursuant to Magistrate Judge James' discovery standing order, as to any discovery dispute, the parties must meet and confer **in person** and, if unable to resolve the dispute, file a joint letter. As it appears that the parties have been unable to comply with the standing order, the Court hereby ORDERS the parties to appear for an in-person meet and confer session in Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Ave, San Francisco, California 94102. The parties shall file a joint availability statement, in which they provide three dates on which they are both available, by March 9, 2009.

At the meet and confer session, the parties should come prepared to meaningfully discuss and resolve their outstanding discovery dispute(s). In the event that the parties are unable to resolve their disputes, they shall draft a joint letter at the meet and confer session in compliance with this Court's standing order and said letter shall be presented by the parties for filing at the conclusion of

1  the session. Thus, the parties are ORDERED to bring with them one laptop and an auxiliary storage
2  medium, such as a USB port thumb drive, to use in drafting said letter. The parties are advised that
3  they will not meet with the undersigned during or after the meet and confer session.
4       However, if the parties are able to meet and confer in person and thereafter either resolve
5  their dispute(s) or file any necessary joint meet and confer letters before March 9, the parties shall
6  jointly request that the Court vacate this Order.
7  **IT IS SO ORDERED.**

9  Dated: March 3, 2009
10                                       MARIA-ELENA JAMES
                                      United States Magistrate Judge

**United States District Court**
For the Northern District of California