**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS, INC.,

     Plaintiff(s),

  vs.

ABBYY SOFTWARE HOUSE, et al.,

     Defendant(s).

No. C 08-2912 MEJ

**ORDER GRANTING PLAINTIFF'S
REQUEST TO COMPEL RESPONSES**

     The Court is in receipt of the parties' joint letter, filed March 9, 2009, regarding Plaintiff Nuance Communications, Inc.'s request for Defendant Abbyy USA to provide the name and address of the registered agent for each non-U.S. Abbyy entity.  (Dkt. #80.)  Good cause appearing, the Court hereby GRANTS Plaintiff's request.  Defendant shall serve, by March 20, 2009, the name and address of the registered agent (or the equivalent thereof) for each non-U.S. Abbyy entity.

     **IT IS SO ORDERED.**

Dated: March 12, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge