**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., | No. No. C 08-2912 JSW (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: PLAINTIFF'S REQUEST TO COMPEL RESPONSES** |
| ABBYY SOFTWARE HOUSE, et al., | |
| Defendant(s). | |

The Court is in receipt of the parties' joint letter, filed March 31, 2009, regarding Plaintiff Nuance Communications, Inc.'s request for the Court to enforce its order that required Defendant Abbyy USA to provide the name and address of the registered agent for each non-U.S. Abbyy entity. (Dkt. #82.) Although Defendant contends that its response complied with the Court's order, Plaintiff argues that the response is still deficient.

After considering both arguments, the Court hereby ORDERS Defendant to submit a verified declaration by April 3, 2009. Specifically, the declaration shall state the following: (1) it completed a diligent search in response to Plaintiff's request; (2) it knows of no other non-U.S. Abbyy entities except for those identified in Defendant's Supplemental Response to Interrogatory No. 6; (3) it knows of no registered agent for service process (or the equivalent thereof) for any non-U.S. Abby entities; and (4) it is unaware of the name and address of the person authorized to receive service of

process pursuant to Federal Rule of Civil Procedure 4(h)(1)(B).  Defendant shall be bound by their response unless new or additional facts are obtained through subsequent investigation and Defendant supplements its responses.

**IT IS SO ORDERED.**

Dated:  April 2, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2