IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABBYY SOFTWARE HOUSE ET AL, <br><br> Defendants. | No. C 08-02912 JSW <br><br> **ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR PROTECTIVE ORDER** |

This matter is set for a hearing on August 28, 2009 on Defendants Abbyy Software, Ltd. And Abbyy Production LLC's motion for protective order. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 10, 2009 and a reply brief shall be filed by no later than August 17, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 27, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE