IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS INC,

    Plaintiff,

v.

ABBYY SOFTWARE HOUSE, et al.,

    Defendants.

_____/

No. C 08-02912 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR 54(b) CERTIFICATION**

This matter is set for a hearing on November 6, 2009 on Plaintiff's motion for 54(b) certification. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than October 7, 2009 and a reply brief shall be filed by no later than October 14, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 30, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE