1  [Counsel listed on Signature Page]

2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

13  NUANCE COMMUNICATIONS, INC. | Case No. CV 08-2912 JSW-MEJ

14             Plaintiff, | **STIPULATION EXTENDING TIME TO OPPOSE 54(B) MOTION AND ORDER THEREON**

15     vs. |

16  ABBYY USA SOFTWARE HOUSE, INC., ET AL. | Date:          November 6, 2009
                                            Time:          9:00 a.m.
17                                          Courtroom 11

18             Defendants.

19  AND RELATED CLAIMS

20
21
22
23
24
25
26
27
28

1    Pursuant to Civil L.R. 6-2, ABBYY USA Software House, Inc., ABBYY Production LLC,
2    ABBYY Software Ltd. ("ABBYY"), and Nuance Communications, Inc. ("Nuance") stipulate to
3    extend the time for ABBYY to file and serve its opposition to Nuance's Motion for 54(b)
4    Certification (Document No. 135) from October 7, 2009 to October 8, 2009.  There is good cause for
5    this stipulated extension of time because ABBYY will use the additional time to complete its brief in
6    opposition to the motion.  There have been no previous extensions of deadlines in this case that have
7    impacted the Court's schedule.

9    Dated:  October 7, 2009                               By:  //s// Perry R. Clark
                                                                 Perry R. Clark

                                                           Perry R. Clark (SBN 197101)
                                                           Esha Bandyopadhyay (SBN 212249)
                                                           Zhuanjia Gu (SBN 244863)
                                                           KIRKLAND & ELLIS LLP
                                                           950 Page Mill Road
                                                           Palo Alto, California 94304
                                                           P.O. Box 51827
                                                           Palo Alto, California  94303
                                                           Telephone:     (650) 859-7000
                                                           Facsimile:     (650) 859-7500
                                                           pclark@kirkland.com
                                                           ebandyopadhyay@kirkland.com
                                                           zgu@kirkland.com

                                                           John F. Hartmann, P.C. (admitted *pro hac vice*)
                                                           Matthew M. Wawrzyn (admitted *pro hac vice*)
                                                           KIRKLAND & ELLIS LLP
                                                           300 North La Salle Street
                                                           Chicago, IL 60654
                                                           Telephone:     (312) 862-2000
                                                           Facsimile:     (312) 862-2200
                                                           john.hartmann@kirkland.com
                                                           matt.wawrzyn@kirkland.com

                                                           Attorneys for Defendants ABBYY USA Software
                                                           House, Inc., ABBYY Production LLC, and
                                                           ABBYY Software Ltd.

| | | |
|---|---|---|
| 1 | Dated: October 7, 2009 | By: //s// M. Craig Tyler |
| 2 | | M. Craig Tyler |

Ron E. Shulman (SBN 178263)
Julie M. Holloway (SBN 196942)
Tung-On Kong (SBN 205871)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94303
Telephone: 650-493-9300
Facsimile: 650-493-6811
tkong@wsgr.com

M. Craig Tyler (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: (512) 338-5400
Facsimile: (512) 338-5499

Attorneys for Plaintiff Nuance Communications, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Notwithstanding any showing of good cause, the Court will allow Abbyy to spend one more day improving their submission.  The opposition is due to be filed October 8, 2009.

Date:  October 7, 2009                          _____
                                                                  Hon. Jeffrey S. White
                                                                  UNITED STATES DISTRICT JUDGE