IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS, INC,

    Plaintiff,

  v.

ABBYY SOFTWARE HOUSE, ET AL.,

    Defendants.

                                               /

No. C 08-02912 JSW

**JUDGMENT**

On August 25, 2009, this Court entered an order granting defendants Abbyy Software Ltd. and Abbyy Production LLC's motion to dismiss for failure to serve in a legally sufficient manner and for lack of personal jurisdiction.

Pursuant to this Court's order of this date granting Plaintiff's motion for certification pursuant to Federal Rule of 54(b), it is hereby ORDERED AND ADJUDGED that the clerk is directed to enter judgment in favor of Abbyy Software Ltd. and Abbyy Production LLC and against Plaintiff. The Court HEREBY CERTIFIES the judgment under Federal Rule of Civil Procedure 54(b).

**IT IS SO ORDERED.**

Dated: October 30, 2009

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE