RON E. SHULMAN, State Bar No. 178263
rshulman@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
S. MICHAEL SONG, State Bar No. 198656
msong@wsgr.com
TUNG-ON KONG, State Bar No. 205871
tkong@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

M. CRAIG TYLER, *Pro Hac Vice*
ctyler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: (512) 338-5400
Facsimile: (512) 338-5499

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

GRANTED
Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br>     Plaintiff, <br>     v. <br> ABBYY SOFTWARE HOUSE, et al., <br>     Defendants. | Case No.: 3:08-cv-02912 JSW MEJ <br><br> **WRITTEN REQUEST FOR A TELEPHONIC CONFERENCE OR ALTERNATIVE PROCEDURE TO SATISFY THE COURT'S MEET AND CONFER REQUIREMENT PURSUANT TO PARAGRAPH 3 OF THE DISCOVERY STANDING ORDER** <br><br> Before: Hon. Maria-Elena James <br>        Chief Magistrate Judge |

Nuance Communications, Inc. ("Nuance") respectfully requests a telephonic conference for the purpose of enforcing the Court's December 21, 2009 order to meet and confer, or for the Court to fashion an alternative procedure, pursuant to Paragraph 3 of the Discovery Standing Order.

On December 21, 2009, the Court granted the substantive request of Nuance's motion for letters rogatory. The Court also noted that, "However, as to the procedural mechanism for production that Plaintiff requests, the Court agrees with Defendant that the motion fails to provide the necessary safeguards for the protection of the confidentiality of the information sought. Accordingly, the Court hereby ORDERS the parties to meet and confer, and thereafter file a stipulated protective order for the undersigned's consideration regarding production of the requested materials." The next day, in compliance with the Court's order, Nuance sent ABBYY USA a draft of the protective order and offered to meet and confer on the following days. See Song Decl. ¶ 2.

However, ABBYY USA continues to delay the meet and confer process and evades providing comments on Nuance's draft protective order or proposing any protective measures or a draft protective order of its own. See Song Decl. ¶¶ 3-6 & Exs. A-B. Further, to the extent ABBYY USA has any concerns about the transfer of source code and technical information from its foreign affiliates ABBYY Production LLC and ABBYY Software, Ltd. to this Court through the usual procedures, Nuance proposed that ABBYY USA's foreign affiliates may transfer those items directly to ABBYY USA. ABBYY USA has not given any reasons why this proposal is insufficient nor offered its own.

Accordingly, Nuance requests that the Court enter an order requiring ABBYY USA to provide all comments to the draft protective order by ~~Monday, January 25, 2010~~ January 27, 2010, so that any disagreements may be narrowed down and presented to the Court in a joint letter by Thursday, ~~January 28, 2010.~~ February 2, 2010 In the event the parties agree, a stipulated protective order is to be filed with the Court by ~~January 28, 2010.~~ February 2, 2010

Nuance further requests that the order require ABBYY USA to state its reasons as to why ABBYY USA may not receive technical documents and source code directly from its parent

WRITTEN REQUEST FOR TELEPHONIC CONFERENCE
CASE NO. 08-CV-02912 JSW MEJ
-1-
3872856_1.DOC

corporation ABBYY Software, Ltd. and its affiliate ABBYY Production LLC and present its own proposal.

Dated: January 19, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ S. Michael Song
     S. Michael Song

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.