1  RON E. SHULMAN, State Bar No. 178263
   rshulman@wsgr.com
2  JULIE M. HOLLOWAY, State Bar No. 196942
   jholloway@wsgr.com
3  S. MICHAEL SONG, State Bar No. 198656
   msong@wsgr.com
4  TUNG-ON KONG, State Bar No. 205871
   tkong@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI, Professional Corporation
   650 Page Mill Road
6  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
7  Facsimile: (650) 565-5100

8  M. CRAIG TYLER, *Pro Hac Vice*
   ctyler@wsgr.com
9  WILSON SONSINI GOODRICH & ROSATI, Professional Corporation
   900 South Capital of Texas Highway
10 Las Cimas IV, Fifth Floor
   Austin, Texas 78746-5546
11 Telephone:    (512) 338.5400
   Facsimile:    (512) 338.5499
12
   Attorneys for Plaintiff
13 NUANCE COMMUNICATIONS, INC.

14 [Additional Counsel on Signature Page]

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18 | NUANCE COMMUNICATIONS, INC., | Case No.: C 08-02912 JSW MEJ
19 | Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**
20 | v. |
21 | ABBYY USA SOFTWARE HOUSE, INC., et al. |
22 | |
23 | Defendants. |

1

1   Pursuant to the Court's Order of April 12, 2010, the parties in the above-captioned action
2 have conferred in good faith regarding appointment of a Special Master for the purpose of
3 preparing a Report and Recommendation regarding the order of the patents, claims and terms to be
4 adjudicated in this matter.

5   The parties evaluated eight potential candidates for this task. The parties believed to have
6 essentially narrowed them down close to a final selection of one joint candidate to submit to the
7 Court. Due to additional facts that need further investigation and came to light today, more time is
8 needed to verify those facts. The parties are hopeful to be in position to make a final selection by
9 Tuesday April 27, 2010.

10   Counsel for the parties therefore hereby stipulate and agree, pursuant to Civil L.R. 6-2 and
11 subject to the Court's approval, that the time for reporting a final selection to the Court, be, and it
12 hereby is, extended from April 23, 2010 to and including APRIL 27, 2010, to permit the parties to
13 finalize their evaluation.

14   This is the first extension requested for this deadline. The extension is not anticipated to
15 materially impact the case schedule. This stipulation is made in good faith and without any intent
16 to cause delay or prejudice, but to allow the parties a reasonable opportunity to continue
17 investigations and permit appointment of a special master in this case. The parties to this
18 proceeding therefore request that the Honorable Court reset the above-mentioned deadline for good
19 cause shown herein.

Joint Stipulation and [PROPOSED] Order Extending Time
Case No. C 08-02912 JSW MEJ

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 23, 2010 | WILSON SONSINI GOODRICH & ROSATI |
|  | By: /s/ M. Craig Tyler<br>    M. Craig Tyler |
|  | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>900 South Capital of Texas Highway<br>Las Cimas IV, Fifth Floor<br>Austin, Texas 78746-5546<br>Telephone:  (512) 338.5400<br>Facsimile:   (512) 338.5499 |
|  | Attorneys for Plaintiff<br>NUANCE COMMUNICATIONS, INC. |
| Dated: April 23, 2010 | By: /s/ Matthew M. Wawrzyn<br>Matthew M. Wawrzyn |
|  | Matt@wawrzynlaw.com<br>WAWRZYN LLC<br>233 S. Wacker Drive, 84th Floor<br>Chicago, IL 60606<br>Telephone: (312) 283-8330<br>Facsimile: (312) 283-8331 |
|  | ***Attorneys for Plaintiffs and Counter-Defendants in Case No. C 08-02912***<br>ABBYY USA SOFTWARE HOUSE<br>LEXMARK INTERNATIONAL, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** There will not be a further extension of this deadline.

Dated: April 26, 2010

_____
UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE

3