RON E. SHULMAN, State Bar No. 178263
rshulman@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
S. MICHAEL SONG State Bar No. 198656
msong@wsgr.com
TUNG-ON KONG, State Bar No. 205871
tkong@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

M. CRAIG TYLER, *Pro Hac Vice*
ctyler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: (512) 338.5400
Facsimile: (512) 338.5499

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABBYY SOFTWARE HOUSE, et al. <br><br> Defendants. | Case No.: C 08-02912 JSW MEJ <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF NUANCE COMMUNICATIONS INC.'S REQUEST FOR WITHDRAWAL OF WOO J. KIM AS ATTORNEY FOR PLAINTIFF. |

1

1     The Court, having considered the Request for Withdrawal of Plaintiff Nuance
2 Communications, Inc. ("Nuance") to withdraw Woo J. Kim as Attorney for Nuance, and for
3 good cause appearing therein,
4     IT IS HEREBY ORDERED that Woo J. Kim be withdrawn as attorney for Nuance and
5 that Mr. Kim, at wkim@wsgr.com, be removed from the Court's ECF e-mail service list for this
6 matter. Wilson Sonsini Goodrich & Rosati remains counsel of record for Nuance.

**IT IS SO ORDERED.**

Dated____May 28____, 2010     _____
                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

2