IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS, INC.,

    Plaintiff,

v.

ECOPY, INC.,

    Defendant.
_____/

No. C 08-04227 JSW
No. C 08-04942 JSW
No. C 08-02912 JSW

**AMENDED ORDER ADOPTING RECOMMENDATION OF SPECIAL MASTER TO ADJUST SCHEDULE**

The Court has reviewed Special Master Meredith Martin Addy's Recommendation to adjust the schedule and adopts it in every respect. Accordingly, the Court CONTINUES the scheduling dates as set forth in the Recommendation <u>in all related cases</u>.

**IT IS SO ORDERED.**

Dated: June 8, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE