UNITED STATES DISTRICT COURT

Northern District of California

NUANCE COMMUNICATIONS, INC.,

          Plaintiffs,

  v.

ABBYY SOFTWARE HOUSE *et al.*,

          Defendants.

_____/

No. C 08-2912 JSW (MEJ)

**DISCOVERY ORDER RE MAY 24, 2010 JOINT LETTER [Dkt. #198]**

Before the Court is the joint discovery dispute letter filed by the parties on May 24, 2010. (Dkt. #198.) The undersigned will withhold ruling on this dispute until Judge White acts on the June 14, 2010 Recommendation of the Special Master. (Dkt. #205.) The parties shall contact Brenda Tolbert, Courtroom Deputy, at (415) 522-4708 and request that she alert the undersigned that Judge White has issued his decision.

**IT IS SO ORDERED.**

Dated: June 17, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge