IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS, INC.,

    Plaintiff,

v.

ECOPY, INC.,

    Defendant.
                              /

No. C 08-04227 JSW
No. C 08-04942 JSW
No. C 08-02912 JSW

**ORDER ADOPTING RECOMMENDATION OF SPECIAL MASTER RE ORDER OF PATENTS**

The Court has reviewed Special Master Meredith Martin Addy's Recommendation dated June 14, 2010 regarding the order of patents, claims and terms to be adjudicated and adopts it in every respect.

Furthermore, the Court HEREBY ORDERS that the Special Master shall appear at the case management conference set for July 2, 2010 at 1:30 p.m. and shall be prepared to meet with the parties to mediate the selection of the ten terms to be construed during the *Markman* process.

**IT IS SO ORDERED.**

Dated: June 22, 2010

                                                   JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE