Roy Ching, State Bar No. 190151
ABBYY USA Software House, Inc.
880 North McCarthy Blvd, Suite 220
Milpitas, CA 95035
Telephone: 408.457.9777
Fax: 408.457.9778

Matthew M. Wawrzyn, *Pro Hac Vice*
Wawrzyn LLC
233 South Wacker Drive
Willis Tower, 84th Floor
Chicago, IL 60606
Telephone: 312.283.8330
Fax: 312.283-8331
matt@wawrzynlaw.com

*Counsel for ABBYY Software House, Inc. and Lexmark International, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ABBYY USA SOFTWARE HOUSE, INC., a California corporation, AND LEXMARK INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED CLAIMS | Case No: 3:08-CV-02912 JSW (MEJ)<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE FOR ABBYY USA SOFTWARE HOUSE, INC. AND LEXMARK INTERNATIONAL, INC. TO DESIGNATE AN ADDITIONAL TERM FOR CONSTRUCTION |

WHEREAS ordinarily the Court will construe no more than ten terms;

WHEREAS the parties to this *Markman* proceeding have met and conferred to limit to no more than ten the terms designated for construction; and

WHEREAS good cause supports this Order granting ABBYY USA Software House, Inc.

1  ("ABBYY") and Lexmark International, Inc. ("Lexmark") leave to designate "groups of
2  elements" (the 5,261,009 patent, Claim 22) as the eleventh term for construction at this *Markman*
3  hearing; two different software company defendants, three patents, nine representative claims,
4  and ABBYY's and Lexmark's abandonment of three proposed terms constituting such good
5  cause.
6      NOW, THEREFORE, the Court grants ABBYY and Lexmark leave to designate "groups
7  of elements" as the eleventh term for construction at this *Markman* hearing.

Dated: October 12, 2010

**IT IS SO ORDERED**

*/s/ Jeffrey S. White*
_____
U.S. DISTRICT JUDGE JEFFREY S. WHITE

[Proposed] Order

Case No.: 3:08-CV-2912-JSW (MEJ)