1  RON E. SHULMAN, State Bar No. 178263
   rshulman@wsgr.com
2  JULIE M. HOLLOWAY, State Bar No. 196942
   jholloway@wsgr.com
3  S. MICHAEL SONG State Bar No. 198656
   msong@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100

7

8  M. CRAIG TYLER (*Pro Hac Vice*)
   ctyler@wsgr.com
9  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
10 900 South Capital of Texas Highway
   Las Cimas IV, Fifth Floor
11 Austin, Texas 78746-5546
   Telephone:   (512) 338.5400
12 Facsimile:   (512) 338.5499

13 Attorneys for Plaintiff in Case No. C 08-04227
   NUANCE COMMUNICATIONS, INC.
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18 NUANCE COMMUNICATIONS, INC.,      ) Case No.: C 08-02912 JSW MEJ
                                     )
19         Plaintiff,                )
                                     ) [PROPOSED] ORDER GRANTING NUANCE
20     v.                            ) COMMUNICATIONS, INC.'S MOTION FOR
                                     ) A CONTINUANCE TO ALLOW NUANCE TO
21 ABBYY USA SOFTWARE HOUSE,         ) DEVELOP A FULL EVIDENTIARY RECORD
   INC., et al.,                     ) ON ISSUES RAISED IN ABBYY
22                                   ) PRODUCTION'S MOTION FOR SUMMARY
           Defendants.               ) JUDGMENT
23                                   )
                                     )
24                                   )
                                     )
25                                   )

26

27

28

[PROPOSED] ORDER GRANTING NUANCE'S MOTION                Proposed Order Granting Motion for Continuance
FOR A CONTINUANCE                                                     (MSJ)_(PALIB1_4286767_1).DOC
CASE NO. C 08-2912 JSW MEJ

1  The Court has considered Nuance Communications, Inc.'s ("Nuance") Motion for a
2  Continuance to Allow Nuance to Develop a Full Evidentiary Record on Issues Raised in
3  ABBYY Production's Motion for Summary Judgment, the papers in support and all other
4  matters presented to the Court.  This motion is granted pursuant to Federal Rule of Civil
5  Procedure 56(d) on the basis that Nuance has not yet had an opportunity to pursue discovery on
6  the issues raised in ABBYY Production's Motion for Summary Judgment.

   Accordingly, IT IS HEREBY ORDERED THAT the hearing on ABBYY Production's
   Motion for Summary Judgment is continued until Nuance has had an opportunity for full
   discovery on the issues raised in the motion.

The hearing on the motion for summary judgment (docket no. 269) is VACATED shall be reset by further order of the Court. The hearing on the motion for continuance (docket no. 280) is VACATED.

Dated: April 11, 2011

_____
The Honorable Jeffrey S. White
United States District Court Judge

Presented by:

WILSON SONSINI GOODRICH & ROSATI

 /s/ M. Craig Tyler
M. Craig Tyler

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

[PROPOSED] ORDER GRANTING NUANCE'S MOTION FOR A CONTINUANCE
CASE NO. C 08-2912 JSW MEJ

-1-

Proposed Order Granting Motion for Continuance
(MSJ)_(PALIB1_4286767_1).DOC