1  RON E. SHULMAN, State Bar No. 178263
   rshulman@wsgr.com
2  JULIE M. HOLLOWAY, State Bar No. 196942
   jholloway@wsgr.com
3  S. MICHAEL SONG State Bar No. 198656
   msong@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100

8  M. CRAIG TYLER (*Pro Hac Vice*)
   ctyler@wsgr.com
9  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
10 900 South Capital of Texas Highway
   Las Cimas IV, Fifth Floor
11 Austin, Texas 78746-5546
   Telephone: (512) 338.5400
12 Facsimile: (512) 338.5499

13 Attorneys for Plaintiff in Case No. C 08-04227
   NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABBYY USA SOFTWARE HOUSE, INC., et al., <br><br> Defendants. | Case No.: C 08-02912 JSW MEJ <br><br> **[PROPOSED]** ORDER DENYING ABBYY PRODUCTION LLC'S MOTION TO DISMISS |

The Court has considered ABBYY Production LLC's Motion to Dismiss, the papers in support and all other matters presented to the Court. This motion is denied on the basis that Counts 9-13 of Nuance Communications Inc.'s Motion to Dismiss are not subject to the heightened pleading standards of Federal Rule of Civil Procedure 9(b). and Nuance sets out the factual basis of its claim.

Accordingly, IT IS HEREBY ORDERED THAT ABBYY Production LLC's Motion to Dismiss is DENIED.

Dated: April 25, 2011

*/s/ Jeffrey S. White*
The Honorable Jeffrey S. White
United States District Court Judge

Presented by:

WILSON SONSINI GOODRICH & ROSATI

 /s/ M. Craig Tyler
M. Craig Tyler

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

[PROPOSED] ORDER DENYING MOTION TO DISMISS         -1-
CASE NO. C 08-2912 JSW MEJ