RON E. SHULMAN, State Bar No. 178263
rshulman@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
S. MICHAEL SONG State Bar No. 198656
msong@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

M. CRAIG TYLER, *Pro Hac Vice*
ctyler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: (512) 338.5400
Facsimile: (512) 338.5499

Attorneys for Plaintiff (Case No. CV 08-02912 JSW)
NUANCE COMMUNICATIONS, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ABBYY SOFTWARE HOUSE, a Russia corporation, ABBYY USA SOFTWARE HOUSE, INC., a California corporation, AND LEXMARK INTERNATIONAL, INC., a Delaware corporation, ABBYY SOFTWARE, LTD., a Cyprus corporation; and ABBYY PRODUCTION LLC, a Russia corporation,<br><br>Defendants. | Case No.: C 08-02912 JSW<br><br>**[PROPOSED] ORDER DENYING MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS BY DEFENDANTS ABBYY USA SOFTWARE HOUSE, INC., ABBYY PRODUCTION, LLC AND LEXMARK INTERNTIONAL, INC.**<br><br>Date: May 13, 2011<br>Time: 9:00 am<br>Location: Courtroom 11, 19th Floor<br>Hon. Jeffrey S. White |

[PROPOSED] ORDER DENYING MOTION
TO AMEND INVALIDITY CONTENTIONS
CASE NO.: C 08-02912 JSW

Having considered the Motion for Leave to Amend Invalidity Contentions by Defendants ABBYY USA Software House, Inc., ABBYY Production, LLC and Lexmark International, Inc., and no showing of diligence, and the parties' submissions, it is hereby ordered pursuant to Rule 3-6 of the Patent Local Rules that defendants are hereby DENIED leave to amend their Invalidity Contentions to add the Nagy and G.I. Shelton Jr., *Self-Corrective Character Recognition System* (April 1966), as a prior art reference.

IT IS SO ORDERED.

Dated: May 2, 2011

_____
The Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER DENYING MOTION
TO AMEND INVALIDITY CONTENTIONS
CASE NO.: C 08-02912 JSW

1