Johnathan E. Mansfield, Cal Bar No. 214848
Schwabe, Williamson & Wyatt
1211 SW Fifth Avenue
Suite 1900
Portland, Oregon 97204
Telephone:  503.222.9981
Fax:  503.796.2900
jmansfield@schwabe.com

Ronald M. Wawrzyn, *Pro Hac Vice*
Matthew M. Wawrzyn, *Pro Hac Vice*
WAWRZYN LLC
233 South Wacker Drive
Willis Tower, 84th Floor
Chicago, IL 60606
Telephone:  312.283.8330
Fax:  312.283-8331
matt@wawrzynlaw.com

*Counsel for ABBYY Software, Ltd. and ABBYY Production, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>ABBYY SOFTWARE HOUSE, a Russia corporation, ABBYY PRODUCTION SOFTWARE HOUSE, INC., a California corporation, AND LEXMARK INTERNATIONAL, INC., a Delaware corporation, ABBYY SOFTWARE, LTD., a Cyprus corporation; and ABBYY PRODUCTION LLC, a Russia corporation,<br><br>            Defendants.<br><br>AND RELATED CLAIMS | Case No:  3:08-CV-02912 JSW (MEJ)<br><br>ANSWER TO AMENDED COMPLAINT BY ABBYY SOFTWARE, LTD. AND ABBYY PRODUCTION, LLC<br><br>DEMAND FOR JURY TRIAL |

Defendants ABBYY Software, Ltd. ("ABBYY CYPRUS") and ABBYY Production, LLC ("ABBYY PRODUCTION") hereby answer the Amended Complaint filed by Nuance

---

Answer to Amended Complaint by ABBYY
Production, LLC and ABBYY Software, Ltd.                                    Case No.: 3:08-CV-2912-JSW (MEJ)

Communications, Inc. ("Nuance"), on personal knowledge as to their own acts and on information and belief as to the actions of others, as follows:

### NATURE OF THE LAWSUIT

1. Answering the allegations of Paragraph 1, ABBYY PRODUCTION and ABBYY CYPRUS admit this case purports to be an action for patent infringement, trade dress infringement, unfair competition, and false advertising, and that Nuance appears to seek damages and injunctive relief. Except as thus expressly admitted, ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 1.

2. ABBYY PRODUCTION and ABBYY CYPRUS admit the allegations of Paragraph 2.

3. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 3.

4. ABBYY PRODUCTION and ABBYY CYPRUS admit that ABBYY USA is a California corporation but otherwise deny the allegations of Paragraph 4.

5. ABBYY PRODUCTION and ABBYY CYPRUS admit the allegations of Paragraph 5.

6. ABBYY PRODUCTION and ABBYY CYPRUS admit the allegations of Paragraph 6.

7. ABBYY PRODUCTION and ABBYY CYPRUS admit the allegations of Paragraph 7.

### NUANCE'S PATENTS

8. Answering the allegations of Paragraph 8, ABBYY PRODUCTION and ABBYY CYPRUS admit that U.S. Patent No. 5,131,053 ("the '053 Patent") indicates on its face that it was issued on July 14, 1992. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny Nuance's allegations of ownership contained in Paragraph 8, and on that basis denies them. ABBYY PRODUCTION and ABBYY CYPRUS

deny the remaining allegations of Paragraph 8.

9. Answering the allegations of Paragraph 9, ABBYY PRODUCTION and ABBYY CYPRUS admit that U.S. Patent No. 5,381,489 ("the '489 Patent") indicates on its face that it was issued on January 10, 1995. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny Nuance's allegations of ownership contained in Paragraph 9, and on that basis they deny them. ABBYY PRODUCTION and ABBYY CYPRUS deny the remaining allegations of Paragraph 9.

10. Answering the allegations of Paragraph 10, ABBYY PRODUCTION and ABBYY CYPRUS admit that U.S. Patent No. 5,436,983 ("the '983 Patent") indicates on its face that it was issued on July 25, 1995. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny Nuance's allegations of ownership contained in Paragraph 10, and on that basis they deny them. ABBYY PRODUCTION and ABBYY CYPRUS deny the remaining allegations of Paragraph 10.

11. Answering the allegations of Paragraph 11, ABBYY PRODUCTION and ABBYY CYPRUS admit that U.S. Patent No. 6,038,342 ("the '342 Patent") indicates on its face that it was issued on March 14, 2000. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny Nuance's allegations of ownership contained in Paragraph 11, and on that basis they deny them. ABBYY PRODUCTION and ABBYY CYPRUS deny the remaining allegations of Paragraph 11.

12. Answering the allegations of Paragraph 12, ABBYY PRODUCTION and ABBYY CYPRUS admit that U.S. Patent No. 5,261,009 ("the '009 Patent") indicates on its face that it was issued on November 9, 1993. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny Nuance's allegations of ownership contained in Paragraph 12, and on that basis denies them. ABBYY PRODUCTION and ABBYY CYPRUS deny the remaining allegations of Paragraph 12.

13. Answering the allegations of Paragraph 13, ABBYY PRODUCTION and

ABBYY CYPRUS admit that U.S. Patent No. 6,810,404 ("the '404 Patent") indicates on its face that it was issued on October 26, 2004.  ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny Nuance's allegations of ownership contained in Paragraph 13, and on that basis denies them.  ABBYY PRODUCTION and ABBYY CYPRUS deny the remaining allegations of Paragraph 13.

14.     Answering the allegations of Paragraph 14, ABBYY PRODUCTION and ABBYY CYPRUS admit that U.S. Patent No. 6,820,094 ("the '094 Patent") indicates on its face that it was issued on November 16, 2004.  ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny Nuance's allegations of ownership contained in Paragraph 14, and on that basis denies them.  ABBYY PRODUCTION and ABBYY CYPRUS deny the remaining allegations of Paragraph 14.

15.     Answering the allegations of Paragraph 15, ABBYY PRODUCTION and ABBYY CYPRUS admit that U.S. Patent No. 6,742,161 ("the '161 Patent") indicates on its face that it was issued on May 25, 2004.  ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny Nuance's allegations of ownership contained in Paragraph 15, and on that basis denies them.  ABBYY PRODUCTION and ABBYY CYPRUS deny the remaining allegations of Paragraph 15.

## NUANCE'S TRADE DRESS

16.     ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 16.

17.     ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny the allegations contained in Paragraph 17, and on that basis they deny them.

18.     ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny the allegations contained in Paragraph 18, and on that basis they deny them.

19. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 19.

20. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations contained in Paragraph 20.

## ABBYY DEFENDANTS

21. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 21.

22. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 22.

23. Answering the allegations of Paragraph 23, ABBYY PRODUCTION and ABBYY CYPRUS admit that they have been referred to as members of a group of ABBYY entities.  ABBYY PRODUCTION and ABBYY CYPRUS lack knowledge or information sufficient to admit or deny the allegations contained in Paragraph 23 pertaining to entities other than ABBYY PRODUCTION and ABBYY CYPRUS, and on that basis they deny them. ABBYY PRODUCTION and ABBYY CYPRUS deny all other allegations contained in Paragraph 23.

24. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 24.

25. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 25.

26. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 26.

27. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 27.

28. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 28.

29. ABBYY PRODUCTION and ABBYY CYPRUS admit the allegations of Paragraph 29.

30. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 30.

31. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 31.

32. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 32.

33. Answering the allegations of Paragraph 33, ABBYY PRODUCTION admits that it receives royalties from ABBYY USA pursuant to a licensing agreement.  Except as thus expressly admitted, ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 33.

34. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 34.

35. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 35.

36. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 36.

37. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 37.

38. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 38.

39. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 39.

40. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 40.

41. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 41.

**LEXMARK**

42. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny the allegations contained in Paragraph 42, and on that basis they deny them.

43. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny the allegations contained in Paragraph 43, and on that basis they deny them.

44. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny the allegations contained in Paragraph 44, and on that basis they deny them.

45. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny the allegations contained in Paragraph 45, and on that basis they deny them.

46. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny the allegations contained in Paragraph 46, and on that basis they deny them.

47. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny the allegations contained in Paragraph 47, and on that basis they deny them.

48. Answering the allegations of Paragraph 48, ABBYY PRODUCTION and ABBYY CYPRUS admit that Lexmark International, Inc. ("Lexmark") has appeared in this action. Except as thus expressly admitted, ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny the remaining allegations contained in Paragraph 48, and on that basis denies them.

**COUNT ONE - INFRINGEMENT OF THE '053 PATENT**

49. ABBYY PRODUCTION and ABBYY CYPRUS repeat and reallege their responses to each and every allegation set forth in paragraphs 1 through 48.

50. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 50.

51. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny the allegations contained in Paragraph 51, and on that basis they deny them.

52. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 52.

53. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 53.

**COUNT TWO - INFRINGEMENT OF THE '489 PATENT**

54. ABBYY PRODUCTION and ABBYY CYPRUS repeat and reallege their responses to each and every allegation set forth in paragraphs 1 through 53.

55. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 55.

56. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny the allegations contained in Paragraph 56, and on that basis they deny them.

57. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 57.

58. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 58.

**COUNT THREE - INFRINGEMENT OF THE '983 PATENT**

59. ABBYY PRODUCTION and ABBYY CYPRUS repeat and reallege their responses to each and every allegation set forth in paragraphs 1 through 58.

60. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 60.

61. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny the allegations contained in Paragraph 61, and on that basis they deny them.

62. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 62.

63. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 63.

## COUNT FOUR - INFRINGEMENT OF THE '342 PATENT

64. ABBYY PRODUCTION and ABBYY CYPRUS repeat and reallege their responses to each and every allegation set forth in paragraphs 1 through 63.

65. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 65.

66. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny the allegations contained in Paragraph 66, and on that basis they deny them.

67. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 67.

68. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 68.

## COUNT FIVE - INFRINGEMENT OF THE '009 PATENT

69. ABBYY PRODUCTION and ABBYY CYPRUS repeat and reallege their responses to each and every allegation set forth in paragraphs 1 through 68.

70. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 70.

71. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny the allegations contained in Paragraph 71, and on that basis denies them.

72. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 72.

73. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 73.

### COUNT SIX - INFRINGEMENT OF THE '404 PATENT

74. ABBYY PRODUCTION and ABBYY CYPRUS repeat and reallege their responses to each and every allegation set forth in paragraphs 1 through 73.

75. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 75.

76. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny the allegations contained in Paragraph 76, and on that basis denies them.

77. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 77.

78. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 78.

### COUNT SEVEN - INFRINGEMENT OF THE '094 PATENT

79. ABBYY PRODUCTION and ABBYY CYPRUS repeat and reallege their responses to each and every allegation set forth in paragraphs 1 through 78.

80. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 80.

81. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny the allegations contained in Paragraph 81, and on that basis denies them.

82. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 82.

83. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 83.

### COUNT EIGHT - INFRINGEMENT OF THE '161 PATENT

84. ABBYY PRODUCTION and ABBYY CYPRUS repeat and reallege their responses to each and every allegation set forth in paragraphs 1 through 83.

85. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 85.

86. ABBYY PRODUCTION and ABBYY CYPRUS lack information or knowledge sufficient to admit or deny the allegations contained in Paragraph 86, and on that basis denies them.

87. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 87.

88. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 88.

### COUNT NINE - INFRINGEMENT OF NUANCE'S TRADE DRESS IN VIOLATION OF 15 U.S.C. § 1125(a)

89. ABBYY PRODUCTION and ABBYY CYPRUS repeat and reallege their responses to each and every allegation set forth in paragraphs 1 through 88.

90. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 90.

91. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of

Paragraph 91.

92. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 92.

93. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 93.

94. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 94.

95. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 95.

96. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 96.

97. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 97.

## COUNT TEN - COMMON LAW TRADE DRESS INFRINGEMENT

### (Against ABBYY PRODUCTION)

98.   ABBYY PRODUCTION and ABBYY CYPRUS repeat and reallege their responses to each and every allegation set forth in paragraphs 1 through 97.

99.   ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 99.

100.   ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 100.

## COUNT ELEVEN -COMMON LAW UNFAIR COMPETITION

### (Against ABBYY PRODUCTION)

101.   ABBYY PRODUCTION and ABBYY CYPRUS repeat and reallege their responses to each and every allegation set forth in paragraphs 1 through 100.

102.   ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 102.

103.   ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 103.

## COUNT TWELVE - UNFAIR COMPETITION IN VIOLATION OF CAL. BUS. & PROF. CODE § 17200 et seq.

### (Against ABBYY PRODUCTION)

104.   ABBYY PRODUCTION and ABBYY CYPRUS repeat and reallege their responses to each and every allegation set forth in paragraphs 1 through 103.

105.   ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 105.

106.   ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 106.

107.   ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 107.

## COUNT THIRTEEN - FALSE AND DECEPTIVE ADVERTISING IN VIOLATION OF CAL. BUS. & PROF. CODE § 17500 et seq.

### (Against ABBYY PRODUCTION)

108. ABBYY PRODUCTION and ABBYY CYPRUS repeat and reallege their responses to each and every allegation set forth in paragraphs 1 through 107.

109. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 109.

110. ABBYY PRODUCTION and ABBYY CYPRUS deny the allegations of Paragraph 110.

## PRAYER FOR RELIEF

These paragraphs set forth the prayer for judgment requested by Nuance to which no response is required. ABBYY PRODUCTION and ABBYY CYPRUS deny that Nuance is entitled to any of the requested relief and denies any allegations.

## AFFIRMATIVE DEFENSES

Subject to its responses above, and upon information and belief, ABBYY PRODUCTION and ABBYY CYPRUS allege and assert the following defenses in response to the allegations in Nuance's Amended Complaint, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein. In addition to the affirmative defenses described below, subject to their responses above, ABBYY PRODUCTION and ABBYY CYPRUS specifically reserve all rights to allege additional affirmative defenses that become known through the course of discovery.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

111. Nuance's Amended Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

**(Noninfringement)**

112. ABBYY PRODUCTION and ABBYY CYPRUS do not and have not infringed (under any theory whether relating to direct, contributory, or by induced infringement) any valid and enforceable claim of the '053, '489, '983, '342, '009, '404, '094, or '161 patents (collectively "Patents-in-Suit").

### THIRD AFFIRMATIVE DEFENSE
**(No Indirect Infringement)**

113. No party has infringed or is infringing any valid and enforceable claim of the Patents-in-Suit. Accordingly, ABBYY PRODUCTION and ABBYY CYPRUS are not and cannot be held liable for contributory and/or inducing infringement.

### FOURTH AFFIRMATIVE DEFENSE
**(No Indirect Infringement)**

114. If the Patents-in-Suit are or were infringed, ABBYY PRODUCTION and ABBYY CYPRUS lacked knowledge of any such infringement, and cannot therefore be liable for contributory and/or inducing infringement.

### FIFTH AFFIRMATIVE DEFENSE
**(Substantial Noninfringing Uses)**

115. Any and all products or actions accused of infringement have substantial uses that do not infringe and do not induce or contribute to the infringement of any asserted claims.

### SIXTH AFFIRMATIVE DEFENSE
**(Prosecution History Estoppel)**

116. Arguments and amendments contained in the prosecution history of the Patents-in-Suit will bar any claims for alleged infringement of the Patents-in-Suit.

### SEVENTH AFFIRMATIVE DEFENSE
**(Invalidity)**

117. One or more of the claims of the Patents-in-Suit are invalid for failure to satisfy

one or more of the requirements of Sections 100 *et seq.*, 101, 102, 103, and 112 of Title 35 of the United States Code.

### EIGHTH AFFIRMATIVE DEFENSE
### (Laches/Waiver/Prosecution Laches/Equitable Estoppel)

118. Nuance's claims for alleged infringement of the Patents-in-Suit are barred or limited by the doctrines of laches, waiver, prosecution laches and/or equitable estoppel.

### NINTH AFFIRMATIVE DEFENSE
### (Failure to Mark)

119. Nuance's claims for alleged infringement of the Patents-in-Suit are barred or limited due to failure to allege compliance with (and failure to comply with) the requirements of 35 U.S.C. § 287.

### TENTH AFFIRMATIVE DEFENSE
### (Dedicated to the Public)

120. All methods, apparatus, and products disclosed but not literally claimed have been dedicated to the public, and the alleged patent owner is estopped from claiming infringement by any such public domain methods, apparatus, or products.

### ELEVENTH AFFIRMATIVE DEFENSE
### (Adequate Remedy at Law)

121. Nuance's claims for injunctive relief are barred in light of the fact that Nuance has an adequate remedy at law.

### JURY DEMAND

ABBYY PRODUCTION and ABBYY CYPRUS demand a trial by jury on all issues so triable as a matter of right and law.

Dated: May 9, 2011                                By: s/ Matthew Wawrzyn
                                                      Matthew M. Wawrzyn

Attorney for Defendant
ABBYY SOFTWARE, LTD. AND
ABBYY PRODUCTION, LLC

CERTIFICATE OF SERVICE

The undersigned certifies that on this 9th day of May 2011, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by a facsimile transmission and/or first class mail.

By:_____/s/ Matthew Wawrzyn_____