| | |
|---|---|
| 1 | Johnathan E. Mansfield, Cal Bar No. 214848 |
| | SCHWABE, WILLIAMSON & WYATT |
| 2 | 1211 SW Fifth Avenue |
| | Suite 1900 |
| 3 | Portland, OR 97204 |
| | 503.222.9981 (telephone) |
| 4 | 503.796.2900 (facsimile) |
| | jmansfield@schwabe.com |
| 5 | |
| | Ronald M. Wawrzyn, *Pro Hac Vice* |
| 6 | Matthew M. Wawrzyn, *Pro Hac Vice* |
| | WAWRZYN LLC |
| 7 | 233 South Wacker Drive |
| | Willis Tower, 84th Floor |
| 8 | Chicago, IL 60606 |
| | 312.283.8330 (telephone) |
| 9 | 312.283-8331 (facsimile) |
| | ron@wawrzynlaw.com |
| 10 | matt@wawrzynlaw.com |
| 11 | *Counsel for Defendants* |
| | ABBYY USA SOFTWARE HOUSE, INC., et |
| 12 | al. |
| 13 | [Additional attorneys on signature page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS, INC. | | Case No: 3:08-CV-02912 JSW |
| Plaintiff, | | [PROPOSED] **ORDER GRANTING JOINT STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST RE ENTRY OF EQUIPMENT INTO COURT** |
| v. | | |
| ABBYY USA SOFTWARE HOUSE, INC., et al. | | (Civil L.R. 7-11, 7-12) |
| Defendants. | | Honorable Jeffrey S. White |

[PROPOSED] ORDER GRANTING MISC. ADMIN.
REQUEST RE ENTRY OF EQUIPMENT
CASE NO: 3:08-CV-02912 JSW

PURSUANT TO STIPULATION, IT IS ORDERED that Defendant ABBYY USA Software House, Inc., plaintiff Nuance Communications, Inc., and Pramel Patel will be allowed to bring the following equipment into the Court on Tuesday, June 7, 2011, and Tuesday, June 14, 2011:

Equipment:

1. Laptop computers
2. Samsung 50" Plasma Display and stand
3. Three 17" LCD Monitors
4. Extron 1 in x 6 out VGA DA
5. Inline 6 in x 1 out VGA Switch IN3566
6. Video cables
7. Extension cords
8. Power surge protectors

PURSUANT TO STIPULATION, IT IS FURTHER ORDERED that Defendant ABBYY USA Software House, Inc., plaintiff Nuance Communications, Inc., and Pramel Patel will be allowed to enter the courtroom on June 7, 2011 and June 14, 2011 as early as 10:00 am to assemble the aforementioned equipment in advance of the tutorial and hearing.

Dated: June 6, 2011

The Honorable Jeffrey S. White
United States District Court Judge

[PROPOSED] ORDER GRANTING MISC. ADMIN.      -2-
REQUEST RE ENTRY OF EQUIPMENT
CASE NO: 3:08-CV-02912 JSW