IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., | |
| Plaintiff, | No. C 08-02912 JSW |
| v. | |
| ABBYY SOFTWARE HOUSE, ABBYY USA SOFTWARE HOUSE, INC., LEXMARK INTERNATIONAL, INC., ABBYY SOFTWARE, LTD., and ABBYY PRODUCTION LLC., | **ORDER REFERRING CASE MANAGEMENT CONFERENCE TO SPECIAL MASTER** |
| Defendants. | |

The Court has reviewed the joint case management report following claim construction and unfortunately notes that the parties are still unable to reach consensus on even the management of the schedule in this matter. Accordingly, the Court refers the matter to Special Master Meredith Martin Addy to conduct a conference with the parties in order to determine the case schedule and shall either garner the parties' stipulated proposed schedule or shall prepare a report and recommendation for the management of this case. The proposal or report shall be filed no later than August 5, 2011.

**IT IS SO ORDERED.**

Dated: July 8, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE