**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS, INC,

    Plaintiff,

v.

ABBYY SOFTWARE HOUSE, ET AL.,

    Defendants.

AND ALL RELATED CASES.
_____/

No. C 08-02912 JSW

**AMENDED ORDER OF REFERRAL**

    The Court amends its order dated July 8, 2011 referring the matter of case management scheduling to Special Master Meredith Martin Addy. The referral remains the same, however, the proposal or report shall be filed no later than August 19, 2011.

    **IT IS SO ORDERED.**

Dated: July 21, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE