IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS INC,

    Plaintiff,

    v.

ABBYY SOFTWARE HOUSE,

    Defendant.
_____/

No. C 08-02912 JSW
No. C 08-04227 JSW
No. C 08-04942 JSW

**ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION RE CASE MANAGEMENT SCHEDULE**

    The Court has reviewed Special Master Meredith Martin Addy's Report and Recommendation ("Report") regarding the case management schedule as well as the objections and responses from the parties.

    The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect (with the minor exception that the deadline date for dispositive motions shall be January 11, 2013, as the suggested deadline falls on a Sunday). Accordingly, all other dates as recommended are adopted. The tutorial on Second Group terms shall be conducted on March 20, 2012 at 1:30 p.m. The claim construction hearing for the Second Group of terms shall be held on March 27, 2012 at 1:30 p.m.

    In addition, the Court STRIKES Abbyy Production LLC's motion for summary judgment (docket no. 269), which shall be re-filed if necessary, at the completion of all relevant

///

discovery.

**IT IS SO ORDERED.**

Dated: September 1, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE