1
2
3
4
5
6
7
8
9
10
11
12
13
14

15 **UNITED STATES DISTRICT COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANSISCO DIVISION**

17

| | |
|---|---|
| 18 NUANCE COMMUNICATIONS, INC., | Case No: 3:08-CV-02912 JSW |
| 19         Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST RE ENTRY OF EQUIPMENT INTO COURT** |
| 20         v. | |
| 21 ABBYY USA SOFTWARE HOUSE, INC., et al. ABBYY SOFTWARE, LTD., ABBYY PRODUCTION LLC and LEXMARK INTERNATIONAL, INC. | |
| 22 | (Civil L.R. 7-11, 7-12) |
| 23 | Honorable Jeffrey S. White |
|         Defendants. | |
| 24 | |

25
26
27
28

**[PROPOSED] ORDER GRANTING MISC. ADMIN.
REQUEST RE ENTRY OF EQUIPMENT**
CASE NO: 3:08-CV-02912 JSW

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff Nuance Communications, Inc. and Defendant ABBYY USA Software House, Inc. will be allowed to bring the following equipment into the Court on Tuesday, March 20, 2012, and Tuesday, March 27, 2012:

Equipment:
1. Laptop computers
2. Samsung 50" Plasma Display and stand
3. Three 17" LCD Monitors
4. Extron 1 in x 6 out VGA DA
5. Inline 6in x 1out VGA Switch IN3566
6. Video cables
7. Extension cords
8. Power surge protectors
9. Speakers with Cables

PURSUANT TO STIPULATION, IT IS FURTHER ORDERED that Plaintiff Nuance Communications, Inc. and Defendant ABBYY USA Software House, Inc. will be allowed to enter the courtroom on March 20, 2012 and march 27, 2012 as early as 11:30 am to assemble the aforementioned equipment in advance of the tutorial and hearing.

Dated: March 13, 2012

_____
Honorable Jeffrey S. White
Judge of the United States District Court