| | |
|---|---|
| 1 | M. CRAIG TYLER, *Pro Hac Vice* |
|   | ctyler@wsgr.com |
| 2 | ABRAHAM DELAO, *Pro Hac Vice* |
|   | adelao@wsgr.com |
| 3 | HENRY PAN, *Pro Hac Vice* |
|   | hpan@wsgr.com |
| 4 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 5 | 900 South Capital of Texas Highway |
|   | Las Cimas IV, Fifth Floor |
| 6 | Austin, Texas  78746-5546 |
|   | Telephone:  (512) 338.5400 |
| 7 | Facsimile:   (512) 338.5499 |
| 8 | JAMES C. YOON, State Bar No. 177155 |
|   | jyoon@wsgr.com |
| 9 | HOLLY B. BAUDLER, State Bar No. 238843 |
|   | hbaudler@wsgr.com |
| 10 | WILSON SONSINI GOODRICH & ROSATI |
|    | Professional Corporation |
| 11 | 650 Page Mill Road |
|    | Palo Alto, California  94304-1050 |
| 12 | Telephone:    (650) 493-9300 |
|    | Facsimile:    (650) 565-5100 |
| 13 | |
| 14 | Attorneys for Plaintiff |
|    | NUANCE COMMUNICATIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS, INC., | ) | Case No.: CV 08-02912 JSW-MEJ |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | **DECLARATION OF ROBERT** |
| v. | ) | **WEIDEMAN IN SUPPORT OF** |
|  | ) | **NUANCE COMMUNICATIONS, INC.'S** |
| ABBYY SOFTWARE HOUSE, et al., | ) | **MOTION FOR LEAVE TO AMEND ITS** |
|  | ) | **PATENT RULE 3-1 INFRINGEMENT** |
| Defendants. | ) | **CONTENTIONS** |
|  | ) | |
|  | ) | Hearing Date: May 24, 2012 |
|  | ) | Time:            10:00 a.m. |
|  | ) | Courtroom:  15th Floor, Courtroom B |
|  | ) | Judge:           Hon. Maria-Elena James |
|  | ) | |

WEIDEMAN DECL. ISO NUANCE'S MOTION TO AMEND
INFRINGEMENT CONTENTIONS
Case No. CV 08-02912 JSW MEJ

I, Robert Weideman, declare as follows:

1. I am the Senior Vice President and General Manager, Document Imaging Division of Nuance Communications, Inc. I make this declaration in support of Nuance's Motion for Leave to Amend Its Patent Rule 3-1 Infringement Contentions. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Perceptive Software was an original OEM partner of Nuance until May 2010.

3. When Lexmark acquired Perceptive Software in May 2010, Nuance terminated its OEM agreement with Perceptive given the current litigation between Nuance and Lexmark.

4. Nuance negotiated with Perceptive, as a separate business unit of Lexmark, for over a year to attempt to set forth an agreement to continue the OEM partnership without impacting the current litigation.

5. Ultimately, by late 2011, the parties had not reached an agreement, and negotiations have discontinued.

I declare under penalty of perjury that the foregoing is true and correct and based on my personal knowledge.

Executed on April 23, 2012, in Sunnyvale, California.

By: /s/ Robert Weideman
Robert Weideman

- 1 -

WEIDEMAN DECL. ISO NUANCE'S MOTION TO AMEND
INFRINGEMENT CONTENTIONS
Case No. CV 08-02912 JSW MEJ