M. CRAIG TYLER, *Pro Hac Vice*
ctyler@wsgr.com
ABRAHAM DELAO, *Pro Hac Vice*
adelao@wsgr.com
HENRY PAN, *Pro Hac Vice*
hpan@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas  78746-5546
Telephone:  (512) 338.5400
Facsimile:   (512) 338.5499

JAMES C. YOON, State Bar No. 177155
jyoon@wsgr.com
HOLLY B. BAUDLER, State Bar No. 238843
hbaudler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone:    (650) 493-9300
Facsimile:     (650) 565-5100

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABBYY SOFTWARE HOUSE, et al., <br><br> Defendants. | Case No.: CV 08-02912 JSW-MEJ <br><br> **DECLARATION OF HOLLY B. BAUDLER IN SUPPORT OF NUANCE COMMUNICATIONS, INC.'S MOTION FOR LEAVE TO AMEND ITS PATENT RULE 3-1 INFRINGEMENT CONTENTIONS** <br><br> Hearing Date: May 24, 2012 <br> Time:  10:00 a.m. <br> Courtroom: 15th Floor, Courtroom B <br> Judge:  Hon. Maria-Elena James |

I, Holly B. Baudler, declare as follows:

1. I am as associate attorney with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., and I am admitted to practice law in the State of California and before this Court. I make this declaration in support of Nuance's Motion for Leave to Amend Its Patent Rule 3-1 Infringement Contentions. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a press release published on Lexmark's public web site, www.lexmark.com, dated May 21, 2010, regarding Lexmark's acquisition of Perceptive Software.

3. Attached hereto as Exhibit 2 is a true and correct copy of a press release published on Lexmark's public web site, www.lexmark.com, dated March 5, 2012, regarding Lexmark's acquisition of Brainware, Inc.

4. Attached hereto as Exhibit 3 is a true and correct copy of a press release published on Lexmark's public web site, www.lexmark.com, dated March 19, 2012, regarding Lexmark's acquisition of Nolij Corporation.

5. Attached hereto as Exhibit 4 is a true and correct copy of the infringement claim chart for U.S. Patent No. 6,038,342, served on April 9, 2009 as Appendix A to Nuance's Disclosure of Asserted Claims and Infringement Contentions, the highlighted portion of which identifies "ABBYY FlexiCapture (all versions made. used, sold, offered for sale in the United States or imported into the United States since 2002 up to the most current version (e.g., version 8.0) and including all variations such as, for example, "Professional," "Corporate" or "Site License" versions as well as those for PC, Mac or Linux operating systems." Every claim chart Nuance served on April 9, 2009 includes the cited language.

6. Attached hereto as Exhibit 5 is a true and correct copy of Nuance's proposed amended infringement contentions for U.S. Patent No. 5,131,053, which includes the ABBYY Defendants' TouchTo and FlexiCaputre Engine as accused products.

- 1 -

BAUDLER DECL. ISO NUANCE'S MOTION TO AMEND
INFRINGEMENT CONTENTIONS
Case No. CV 08-02912 JSW MEJ

7. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of Nuance's proposed amended infringement contentions for U.S. Patent No. 5,381,489, which includes the ABBYY Defendants' TouchTo and FlexiCaputre Engine as accused products.

8. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of Nuance's proposed amended infringement contentions for U.S. Patent No. 5,436,983, which includes the ABBYY Defendants' TouchTo and FlexiCaputre Engine as accused products.

9. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of Nuance's proposed amended infringement contentions for U.S. Patent No. 6,038,342, which includes the ABBYY Defendants' TouchTo and FlexiCaputre Engine as accused products.

10. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of Nuance's proposed amended infringement contentions for U.S. Patent No. 5,261,009, which includes the ABBYY Defendants' TouchTo and FlexiCaputre Engine as accused products.

11. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of Nuance's proposed amended infringement contentions for U.S. Patent No. 6,810,404, which includes the ABBYY Defendants' FlexiCaputre Engine as an accused product.

12. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of Nuance's proposed amended infringement contentions for U.S. Patent No. 6,820,094, which includes the ABBYY Defendants' FlexiCaputre Engine as an accused product.

13. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of Nuance's proposed infringement contentions for U.S. Patent No. 6,810,404 regarding ImageNow by Perceptive Software.

14. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of Nuance's proposed infringement contentions for U.S. Patent No. 6,742,161 regarding ImageNow by Perceptive Software.

15. Attached hereto as <u>Exhibit 14</u> is a true and correct copy of Nuance's proposed infringement contentions for U.S. Patent No. 6,820,094 regarding ImageNow by Perceptive Software.

16. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of Nuance's proposed infringement contentions for U.S. Patent No. 6,820,094 regarding Brainware Distiller.

17. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of Nuance's proposed infringement contentions for U.S. Patent No. 6,810,404 regarding Brainware Distiller.

18. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of Nuance's proposed infringement contentions for U.S. Patent No. 6,810,404 regarding Nolij Web.

19. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of Nuance's proposed infringement contentions for U.S. Patent No. 6,820,094 regarding Nolij Web.

I declare under penalty of perjury that the foregoing is true and correct and based on my personal knowledge.

Executed on April 30, 2012, in Palo Alto, California.

By: */s/ Holly B. Baudler*
Holly B. Baudler