IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS INC,

    Plaintiff,

v.

ABBYY SOFTWARE HOUSE,

    Defendant.

No. C 08-02912 JSW

**ORDER RESOLVING SCHEDULING DISPUTES**

    The Court has reviewed the parties' joint case management statement following claim construction order. The Court does not find good cause to extend the discovery deadline and DENIES Plaintiff's request to do so. However, the Court exhorts Defendants timely to comply with their discovery obligations with sufficient time to permit Plaintiff time to prepare and complete the scheduled depositions.

    The Court GRANTS the parties' stipulated request to extend the deadline to complete mediation to July 13, 2012.

    **IT IS SO ORDERED.**

Dated: May 1, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE