UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff(s), <br> v. <br> ABBYY SOFTWARE HOUSE ET AL, <br><br> Defendant(s). | No. C 08-02912 JSW (MEJ) <br><br> **NOTICE DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On April 30, 2012, Plaintiff electronically filed a Motion for Leave to Amend. Dkt. No. 407. However, the Court has not received chambers copies of Docket Numbers 408 and 409 (Weideman and Baudler declarations). In addition, the Court has not received chambers copies of Plaintiff's reply briefs (Dkt Nos. 422, 423). General Order 45 and the Court's Standing Orders require that Plaintiff deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Plaintiff shall immediately submit a chambers copy of the above-referenced documents. **ALL CHAMBERS COPIES MUST INCLUDE: (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.**

Dated: May 29, 2012

_____
Rose Maher, Courtroom Deputy to
Maria-Elena James,
Chief United States Magistrate Judge