M. CRAIG TYLER, *Pro Hac Vice*
ctyler@wsgr.com
CLAYTON BASSER-WALL, State Bar No. 209100
cbaasserwall@wsgr.com
ABRAHAM DELAO, *Pro Hac Vice*
adelao@wsgr.com
HENRY PAN, *Pro Hac Vice*
hpan@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: (512) 338-5400
Facsimile: (512) 338-5499

JAMES C. YOON, State Bar No. 177155
jyoon@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ABBYY SOFTWARE HOUSE, et al.,<br><br>Defendants. | Case No.: CV 08-02912 JSW-MEJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION** |

1  Plaintiff Nuance Communications, Inc. ("Nuance") and Defendants ABBYY USA
2  Software House, Inc., ABBYY Software, Ltd., ABBYY Production LLC, and Lexmark
3  International, Inc. hereby make a stipulated request to extend the date to complete mediation to
4  November 12, 2012, and would show the Court as follows:
5        The parties have agreed to mediation before Tony Piazza in San Francisco, California.
6        The parties have conferred and agree that a successful mediation result is much more
7  likely after service of Opening and Rebuttal Expert Reports, currently scheduled to be completed
8  on September 21, 2012 and October 15, 2012, respectively.
9        After the October 15, 2012 Rebuttal Expert Report deadline, the earliest date available
10 for the parties and Mr. Piazza is November 9, 2012.
11       The parties have secured the November 9, 2012 date with Mr. Piazza's schedule for
12 mediation.
13       It is hereby STIPULATED AND AGREED that the date for completion of mediation
14 between the parties is extended to November 12, 2012 to allow for completion of the mediation
15 currently scheduled to begin on November 9, 2012.

16 Dated: August 8, 2012

    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

    By    */s/: M. Craig Tyler*

    M. Craig Tyler
    Attorneys for Plaintiff
    NUANCE COMMUNICATIONS, INC.

21 Dated: August 8, 2012

    FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP

    By:    */s/: Erik R. Puknys*

    Erik R. Puknys
    Attorneys for Defendants
    ABBYY USA SOFTWARE HOUSE, INC.,
    ABBYY SOFTWARE, LTD., ABBYY
    PRODUCTION, LLC, and LEXMARK
    INTERNATIONAL, INC.

- 1 -

1  Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of
2  perjury that concurrence in the filing of this document has been obtained from its signatory.

3
4  Dated: August 8, 2012          By: */s/: M. Craig Tyler*

5

6  **ORDER**

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8
9  Dated:  August 8, 2012          By: _____
                                    United States District Judge
10                                  Jeffrey S. White

- 2 -

STIPULATION AND [~~PROPOSED~~ ORDER] RE
~~AMENDMENT OF NUANCE'S INFRINGEMENT CONTENTIONS~~
Case No. CV 08-02912 JSW MEJ