1  M. CRAIG TYLER, *Pro Hac Vice*
   ctyler@wsgr.com
2  CLAYTON BASSER-WALL, State Bar No. 209100
   cbaasserwall@wsgr.com
3  ABRAHAM DELAO, *Pro Hac Vice*
   adelao@wsgr.com
4  HENRY PAN, *Pro Hac Vice*
   hpan@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  900 South Capital of Texas Highway
   Las Cimas IV, Fifth Floor
7  Austin, Texas 78746-5546
   Telephone: (512) 338-5400
8  Facsimile: (512) 338-5499

9  JAMES C. YOON, State Bar No. 177155
   jyoon@wsgr.com
10 WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
11 650 Page Mill Road
   Palo Alto, California 94304-1050
12 Telephone: (650) 493-9300
   Facsimile: (650) 565-5100

14 Attorneys for Plaintiff
   NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NUANCE COMMUNICATIONS, INC., | Case No.: C 08-02912 JSW MEJ |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO REPLY TO THE ABBYY DEFENDANTS' OPPOSITION TO NUANCE'S MOTION FOR AN ORDER TO SHOW CAUSE RE: SANCTIONS FOR MISREPRESENTATIONS ABOUT ABBYY PRODUCTION, LLC AND CONTINUING HEARING DATE** |
| v. | |
| ABBYY USA SOFTWARE HOUSE, INC., et al. | |
| Defendants. | |

1

1  Pursuant to Civil L.R. 6-2, Nuance Communications, Inc. ("Nuance") and ABBYY USA
2  Software House, Inc., ABBYY Production LLC, and ABBYY Software Ltd. ("ABBYY") herby
3  make a stipulated request to extend the time for Nuance to file and serve its reply to ABBYY's
4  opposition to Nuance's Motion for an Order to Show Cause for Misrepresentations by ABBYY
5  Production, LLC [Document No. 479, before Hon. Jeffrey S. White] from September 7, 2012 to
6  September 14, 2012, in light of the following reasons for the enlargement of time:
7  ABBYY's opposition to Nuance's Motion for an Order to Show Cause for
8  Misrepresentations by ABBYY Production, LLC was filed before the Labor Day holiday weekend.
9  ABBYY received an extension of one week for its opposition to Nuance's Motion for an
10 Order to Show Cause for Misrepresentations by ABBYY Production, LLC. No further extensions
11 regarding Nuance's Motion for an Order to Show Cause for Misrepresentations by ABBYY
12 Production, LLC have been requested.
13 The requested seven (7) day extension will permit Nuance adequate time to respond to
14 ABBYY's opposition to Nuance's Motion for an Order to Show Cause for Misrepresentations by
15 ABBYY Production, LLC.
16 The requested seven (7) day extension will not impact the schedule of the case or the
17 Court's hearing date on this motion. That hearing date is set for October 12, 2012, which is almost
18 a month after Nuance will file its reply to ABBYY's opposition to Nuance's Motion for an Order
19 to Show Cause for Misrepresentations by ABBYY Production, LLC.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27
28

JOINT STIP. FOR EXTENSION OF TIME TO REPLY
TO OPPOSITION TO MOTION TO SHOW CAUSE
RE MISREPRENSENTATIONS ABOUT ABBYY PRODUCTION
Case No. C 08-02912 JSW MEJ

It is hereby STIPULATED AND AGREED that the deadline for Nuance to file and serve its reply to ABBYY's opposition to Nuance's Motion for an Order to Show Cause for Misrepresentations by ABBYY Production, LLC be extended from September 7, 2012 to September 14, 2012.

Respectfully submitted,

Dated: September 4, 2012  WILSON SONSINI GOODRICH & ROSATI
By: /s/ M. Craig Tyler
    M. Craig Tyler

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

Dated: September 4, 2012  By: /s/ Erik Puknys
    Erik Puknys

Attorneys for Defendants
ABBYY SOFTWARE LTD.
ABBYY USA SOFTWARE HOUSE, INC.
ABBYY PRODUCTION LLC, and
LEXMARK INTERNATIONAL, INC.

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

In addition, the hearing is CONTINUED to November 16, 2012 at 9:00 a.m.

Dated: September 4, 2012

_____
UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE

JOINT STIP. FOR EXTENSION OF TIME TO REPLY
TO OPPOSITION TO MOTION TO SHOW CAUSE
RE MISREPRENSENTATIONS ABOUT ABBYY PRODUCTION
Case No. C 08-02912 JSW MEJ