M. CRAIG TYLER, *Pro Hac Vice*
ctyler@wsgr.com
CLAYTON BASSER-WALL, State Bar No. 209100
cbaasserwall@wsgr.com
ABRAHAM DELAO, *Pro Hac Vice*
adelao@wsgr.com
HENRY PAN, *Pro Hac Vice*
hpan@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: (512) 338-5400
Facsimile: (512) 338-5499

JAMES C. YOON, State Bar No. 177155
jyoon@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ABBYY SOFTWARE HOUSE, a Russia corporation, ABBYY USA SOFTWARE HOUSE, INC., a California corporation, LEXMARK INTERNATIONAL, INC., a Delaware corporation, ABBYY SOFTWARE, LTD., a Cyprus corporation, and ABBYY PRODUCTION LLC, a Russia corporation,<br><br>Defendants | Case No.: 3:08-CV-02912 JSW (MEJ)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING EXPERT DISCOVERY DEADLINES** |

STIPULATION & [PROPOSED] ORDER
CASE NOS. 3:08-CV-02912 JSW (MEJ)

Pursuant to Civil L.R. 6-2, Nuance Communications, Inc. ("Nuance") and ABBYY Software House, ABBYY USA Software House, Inc., Lexmark International, Inc., ABBYY Software, Ltd., and ABBYY Production LLC (collectively, "ABBYY") stipulate to modify the schedule for expert discovery as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Opening Expert Reports (on issues in which the parties have the burden) | September 21, 2012 | September 28, 2012 |
| Rebuttal Expert Reports | October 15, 2012 | October 22, 2012 |
| Expert Discovery Closes | December 15, 2012 | December 22, 2012 |

There is good cause for this stipulated extension of time as the parties will use the additional time to complete their expert reports. There have been no previous extensions of the Court's schedule for expert discovery requested by the parties. The extension of expert discovery deadlines outlined above in this case will not impact any of the Court's scheduled hearings.

Respectfully submitted,

Dated: September 7, 2012      WILSON SONSINI GOODRICH & ROSATI

By: /s/ M. Craig Tyler
    M. Craig Tyler

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

Dated: September 7, 2012      By: /s/ Erik Puknys
                                  Erik Puknys

Attorneys for Defendants
ABBYY SOFTWARE LTD.
ABBYY USA SOFTWARE HOUSE, INC.
ABBYY PRODUCTION LLC, and
LEXMARK INTERNATIONAL, INC.

STIPULATION & [PROPOSED] ORDER            -1-
CASE NOS. 3:08-CV-02912 JSW (MEJ)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _September 10_, 2012

_____
UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE