UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., | No. C 08-02912 JSW (MEJ) |
| Plaintiff(s), | **ORDER VACATING HEARING** |
| v. | |
| ABBYY SOFTWARE HOUSE ET AL, | |
| Defendant(s). | |

This matter is currently scheduled for a hearing regarding Plaintiff's Motion Sanctions on September 27, 2012. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the September 27 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: September 25, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge