M. CRAIG TYLER, *Pro Hac Vice*
ctyler@wsgr.com
CLAYTON BASSER-WALL, State Bar No. 209100
cbasserwall@wsgr.com
ABRAHAM DELAO, *Pro Hac Vice*
adelao@wsgr.com
HENRY PAN, *Pro Hac Vice*
hpan@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas  78746-5546
Telephone:  (512) 338-5400
Facsimile:   (512) 338-5499

JAMES C. YOON, State Bar No. 177155
jyoon@wsgr.com
CHRISTOPHER GREWE, State Bar No. 245938
cgrewe@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABBYY USA SOFTWARE HOUSE, INC., et al., <br><br> Defendants. | Case No.: C 08-02912 JSW MEJ <br><br> **STIPULATION REQUESTING A CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil Local Rule 7-11, Nuance Communications, Inc. ("Nuance") and ABBYY USA Software House, Inc, ABBYY Software, Ltd., ABBYY Production LLC (collectively, "ABBYY"), and Lexmark International, Inc. ("Lexmark") hereby move the Court to schedule a case management conference at its earliest opportunity. The parties believe this case management conference is necessary to address the need for a trial setting.

On August 19, 2011, Special Master Addy issued a report and recommendation on case management, proposing a trial date of March 2013 "pending availability on Judge White's calendar" (D.I. 336). On September 1, 2011, the Court adopted Special Master Addy's proposed schedule (D.I. 339). The parties are currently exchanging expert reports, and expert discovery is scheduled to conclude on December 22, 2012 (*See* D.I. 545). The parties are currently scheduled to mediate on November 9, 2012 (D.I. 491). Beyond this, the only remaining deadline excluding a trial setting is for Dispositive Motions, which are currently due by January 11, 2013 (D.I. 339).

Accordingly, the parties hereby move the Court to hold a case management conference at its earliest opportunity at which time it may determine an appropriate date on which the case may proceed to trial.

Dated: October 12, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ M. Craig Tyler
    M. Craig Tyler

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

Dated: October 12, 2012

By: /s/ Erik Puknys
    Erik Puknys

Attorneys for Defendants
ABBYY SOFTWARE LTD.
ABBYY USA SOFTWARE HOUSE, INC.
ABBYY PRODUCTION LLC, and
LEXMARK INTERNATIONAL, INC.

STIPULATION REQUESTING CMC
CASE NO. C 08-2912 JSW MEJ
-1-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court shall conduct a further case management conference following the hearings on January 11, 2013 at 9:00 a.m. A further joint case management statement shall be filed no later than January 4, 2013.

Dated: __October 16__, 2012

_____
UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE