M. CRAIG TYLER, *Pro Hac Vice*
ctyler@wsgr.com
ABRAHAM DELAO, *Pro Hac Vice*
adelao@wsgr.com
HENRY PAN, *Pro Hac Vice*
hpan@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: (512) 338-5400
Facsimile: (512) 338-5499

JAMES C. YOON, State Bar No. 177155
jyoon@wsgr.com
CHRISTOPHER GREWE, State Bar No. 245938
cgrewe@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ABBYY SOFTWARE HOUSE, a Russia corporation, ABBYY USA SOFTWARE HOUSE, INC., a California corporation, LEXMARK INTERNATIONAL, INC., a Delaware corporation, ABBYY SOFTWARE, LTD., a Cyprus corporation, and ABBYY PRODUCTION LLC, a Russia corporation,<br><br>Defendants | Case No.: 3:08-CV-02912 JSW (MEJ)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING EXPERT DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES** |

1  Pursuant to Civil L.R. 6-2, Nuance Communications, Inc. ("Nuance") and ABBYY
2  Software House, ABBYY USA Software House, Inc., Lexmark International, Inc., ABBYY
3  Software, Ltd., and ABBYY Production LLC (collectively, "ABBYY") stipulate to modify the
4  schedule for expert discovery and dispositive motions as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Discovery Closes | December 22, 2012 | January 31, 2013 |
| Deadline for Dispositive Motions Hearing | January 11, 2013 | ~~February 20, 2013~~ April 12, 2013 at 9:00 a.m. |

9  There is good cause for this stipulated extension of time as the parties will use the additional
10 time to complete their expert discovery and dispositive motions. There has been one previous
11 extension for completion of expert discovery from December 15, 2012 to December 22, 2012 (Dkt.
12 No. 545). The extension of expert discovery and dispositive motion deadlines outlined above in this
13 case will not impact any of the Court's currently scheduled hearings.

Respectfully submitted,

Dated: November 30, 2012          WILSON SONSINI GOODRICH & ROSATI

                                  By: /s/ M. Craig Tyler
                                        M. Craig Tyler

                                  Attorneys for Plaintiff
                                  NUANCE COMMUNICATIONS, INC.


Dated: November 30, 2012          By:  /s/ Erik Puknys
                                        Erik Puknys

                                  Attorneys for Defendants
                                  ABBYY SOFTWARE LTD.
                                  ABBYY USA SOFTWARE HOUSE, INC.
                                  ABBYY PRODUCTION LLC, and
                                  LEXMARK INTERNATIONAL, INC.

STIPULATION & [PROPOSED] ORDER                -1-
CASE NOS. 3:08-CV-02912 JSW (MEJ)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Further case management conference is CONTINUED to January 11, 2013 at 1:30 p.m.

Dated: _December 4_____, 2012

_____
UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE