IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS, INC,

    Plaintiff,

v.

ABBYY SOFTWARE HOUSE, ET AL.,

    Defendants.

AND ALL RELATED CASES.

No. C 08-02912 JSW

**ORDER RE BRIEFING OF MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER**

On December 10, 2012, Plaintiff Nuance Communications, Inc. filed a motion for relief from nondispositive pretrial order of Magistrate Judge James re Plaintiff's motion for discovery abuse sanctions. The Court is inclined to grant the relief sought by Nuance for an extension of eight weeks for discovery limited to the discrete issues relating to ABBYY's later production.

It is HEREBY ORDERED that the ABBYY Defendants may file an opposition to Nuance's motion by no later than December 14, 2012, and Nuance may file a reply by no later than December 21, 2012. *See* N.D. Civ. L.R. 72-2. Unless the Court determines that a hearing is necessary, it shall decide this matter on the papers.

**IT IS SO ORDERED.**

Dated: December 11, 2012

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case3:08-cv-02912-JSW   Document578   Filed12/11/12   Page2 of 2