IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS INC, | |
| Plaintiff, | No. C 08-02912 JSW |
| v. | |
| ABBYY SOFTWARE HOUSE, et al., | **ORDER SETTING SCHEDULE** |
| Defendants. | |

Due to sequestration and the Court's docket, the Court sets the following schedule:

| | |
|---|---|
| Hearing on all pending motions | May 24, 2013 at 9:00 a.m. |
| Motions for summary judgment continued from April 12, 2013 Motion for sanctions continued from May 3, 2013 | |
| Pretrial conference | July 22, 2013 at 2:00 p.m. |
| Jury selection | August 7, 2013 at 8:00 a.m. |
| Trial | August 12, 2013 at 8:00 a.m. |

**IT IS SO ORDERED.**

Dated: April 2, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case3:08-cv-02912-JSW   Document649   Filed04/02/13   Page2 of 2