M. CRAIG TYLER, *Pro Hac Vice*
CTyler@wsgr.com
ABRAHAM DELAO, *Pro Hac Vice*
ADelao@wsgr.com
HENRY PAN, *Pro Hac Vice*
HPan@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: 512.338.5400
Facsimile: 512.338.5499

JAMES C. YOON (CA SBN 177155)
JYoon@wsgr.com
CHRISTOPHER P. GREWE (CA SBN 245938)
CGrewe@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: 650.493.9300
Facsimile: 650.565.5100

JAMES P. BENNETT (CA SBN 65179)
JBennett@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
BROOKS M. BEARD (CA SBN 181271)
BBeard@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
Nuance Communications, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NUANCE COMMUNICATIONS, INC.,

Plaintiff,

v.

ABBYY USA SOFTWARE HOUSE, INC., a California corporation, ABBYY SOFTWARE, LTD., a Cyprus corporation, ABBYY PRODUCTION, LLC, a Russian corporation, and LEXMARK INTERNATIONAL, INC., a Delaware corporation,

Defendants.

Case No. C 08-02912 JSW MEJ

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRETRIAL CASE SCHEDULE**

Pursuant to Civil L.R. 6-2, Plaintiff Nuance Communications, Inc. ("Nuance"), and Defendants ABBYY Software House, Inc., ABBYY Software, Ltd., ABBY Production, LLC, and Lexmark International, Inc. (collectively, "Defendants") file this joint stipulation regarding the schedule for certain pretrial exchanges, filings, and evidentiary motions.

WHEREAS, the Court's April 2, 2013 Order Setting Schedule ("Scheduling Order") (Dkt. No. 649) set the Pretrial Conference for July 22, 2013, at 2:00 p.m., Jury Selection for August 7, 2013, at 8:00 a.m., and Trial for August 12, 2013, at 8:00 a.m;

WHEREAS, the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases, paragraphs 1-3 ("Guidelines"), set forth deadlines and requirements for certain pretrial filings and evidentiary motions;

WHEREAS, to aid efficient and cooperative trial preparation, the parties wish to propose additional and adjusted dates consistent with the Court's Scheduling Order and Guidelines; and

WHEREAS, the adjusted dates do not extend any deadline beyond those dates currently set by the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties, through their respective counsel, that the following pretrial schedule shall be adopted:

| **Task** | **Due Date** |
|---|---|
| Last day for Nuance to serve (but not file) draft proposals for the joint filings set forth in the Court's Guidelines, including:<br>(1) proposed Joint Final Pretrial Order (only items required by paragraph 1(i)-(iv));<br>(2) proposed jury instructions on substantive issues of law (paragraph 2(a));<br>(3) proposed statement of the case (paragraph 2(c));<br>(4) proposed *voir dire* questions (paragraph 2(d)); and<br>(5) proposed special verdict forms (paragraph 2(j)). | June 4, 2013 |

| Task | Due Date |
|---|---|
| Last day to serve (but not file):<br>1) a list of exhibits to be used at trial other than solely for impeachment or rebuttal;<br>2) all summaries, charts, and diagrams to be used as evidence at trial other than solely for impeachment or rebuttal;<br>3) lists of witnesses to be called at trial other than solely for impeachment or rebuttal;<br>4) excerpts of deposition testimony and other discovery to be offered at trial other than solely for impeachment or rebuttal;<br>5) excerpts of responses to interrogatories and requests for admissions to be offered at trial other than solely for impeachment or rebuttal; and<br>6) proposed certified translations.<br>Evidence or testimony "other than solely for impeachment or rebuttal" shall mean evidence or testimony that a party reasonably anticipates introducing at trial, including any evidence a party reasonably anticipates relying on in opposing claims of infringement or invalidity, such as evidence or testimony relating to non-infringement or secondary indicia of non-obviousness.<br>"Summaries, charts, and diagrams to be used as evidence at trial" shall not include demonstratives that will not be introduced into evidence. | June 11, 2013 |
| Last day to file administrative motion to increase number of motions *in limine* under paragraph 2(i) of the Court's Guidelines. | June 18, 2013 |
| Last day for Defendants to serve (but not file) written responses and additions to the draft proposals for the joint filings set forth in the Court's Guidelines (served by Nuance on June 4, 2013), including:<br>(1) proposed Joint Final Pretrial Order (only items required by paragraph 1(i)-(iv));<br>(2) proposed jury instructions on substantive issues of law (paragraph 2(a));<br>(3) proposed statement of the case (paragraph 2(c));<br>(4) proposed *voir dire* questions (paragraph 2(d)); and<br>(5) proposed special verdict forms (paragraph 2(j)). | June 18, 2013 |

| Task | Due Date |
|---|---|
| Last day to serve (but not file):<br>1) motions *in limine*;<br>2) objections to exhibits, deposition designations, and designations of other discovery;<br>3) counter-designations of deposition testimony; and<br>4) objections to proposed certified translations and alternative proposed translations. | June 25, 2013 |
| In-person meet and confer. | June 30, 2013 |
| Last day to serve (but not file) objections to counter-designations of deposition testimony. | July 1, 2013 |
| Last day to serve (but not file) oppositions to motions *in limine*. | July 2, 2013 |
| Last day to serve (but not file) memoranda of law addressing disputed jury instructions. | July 2, 2013 |
| Last day to meet requirements under paragraphs 1-3 of the Court's Guidelines, which includes filing:<br>1) proposed Joint Final Pretrial Order (paragraph 1);<br>2) proposed jury instructions on substantive issues of law (paragraph 2(a));<br>3) statement of the case (paragraph 2(c));<br>4) proposed *voir dire* questions (paragraph 2(d));<br>5) trial brief on controlling issues of law (paragraph 2(e));<br>6) excerpts of deposition designations that are to be used in a party's case-in-chief as to which there are objections, including the basis for the objection and response thereto (paragraph 2(f));<br>7) excerpts of responses to interrogatories and requests for admissions that are to be used in a party's case-in-chief as to which there are objections, including the basis for the objection and response thereto (paragraph 2(g));<br>8) list of objections to each exhibit in tabular form (paragraph 2(h));<br>9) proposed special verdict forms (paragraph 2(j)); and<br>10) all *in limine* briefing. | July 3, 2013 |

Case3:08-cv-02912-JSW Document667 Filed05/10/13 Page5 of 6

| Task | Due Date |
|---|---|
| File joint report regarding unresolved translation issues, including competing translation and supporting reasons. | July 3, 2013 |

**IT IS SO STIPULATED.**

Dated: May 9, 2013

MORRISON & FOERSTER LLP

By: /s/ *Brooks M. Beard*
BROOKS M. BEARD

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

Dated: May 9, 2013

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: */s/ John Williamson*
John Williamson

Attorneys for Defendants
ABBYY USA SOFTWARE HOUSE, INC., ABBYY SOFTWARE, LTD., ABBYY PRODUCTION, LLC, and LEXMARK INTERNATIONAL, INC.

STIPULATION AND [~~PROPOSED~~] ORDER RE PRETRIAL CASE SCHEDULE
3:08-cv-02912 JSW (MEJ)
sf-3274000
4

Case3:08-cv-02912-JSW Document667 Filed05/10/13 Page6 of 6

**ORDER**

Based on the foregoing stipulation, it is so ORDERED.

Dated: May 10, 2013

The Honorable Jeffrey S. White
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER RE PRETRIAL CASE SCHEDULE
3:08-cv-02912 JSW (MEJ)
sf-3274000

5