M. CRAIG TYLER, *Pro Hac Vice*
CTyler@wsgr.com
ABRAHAM DELAO, *Pro Hac Vice*
ADelao@wsgr.com
HENRY PAN, *Pro Hac Vice*
HPan@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: 512.338.5400
Facsimile: 512.338.5499

JAMES C. YOON (CA SBN 177155)
JYoon@wsgr.com
CHRISTOPHER P. GREWE (CA SBN 245938)
CGrewe@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: 650.493.9300
Facsimile: 650.565.5100

JAMES P. BENNETT (CA SBN 65179)
JBennett@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
BROOKS M. BEARD (CA SBN 181271)
BBeard@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ABBYY USA SOFTWARE HOUSE, INC., a California corporation, ABBYY SOFTWARE, LTD., a Cyprus corporation, ABBYY PRODUCTION, LLC, a Russian corporation, and LEXMARK INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendants. | Case No.   C 08-02912 JSW MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON NUANCE'S MOTION FOR LEAVE TO SUPPLEMENT PUTNAM EXPERT REPORT** |

1       Pursuant to Civil L.R. 6-2, Plaintiff Nuance Communications, Inc. ("Nuance"), and

2 Defendants ABBYY Software House, Inc., ABBYY Software, Ltd., ABBYY Production, LLC

3 (collectively, "ABBYY Defendants"), and Lexmark International, Inc. ("Lexmark"), file this joint

4 stipulation regarding the briefing and hearing schedule for Nuance's concurrently filed Motion

5 for Leave to Supplement Putnam Expert Report.

6       WHEREAS, Nuance moved for discovery sanctions against the ABBYY Defendants for

7 late production of documents in August 2012 (Dkt. No. 499);

8       WHEREAS, Magistrate Judge James issued an order relating to Nuance's request for

9 sanctions (Dkt. No. 571);

10       WHEREAS, in January 2013, the Court granted Nuance "an extension of eight weeks for

11 discovery limited to the discrete issues relating to the ABBYY Defendants' later production and

12 require[d] the ABBYY Defendants to timely re-produce relevant witnesses[,]"  (Dkt. No. 582);

13       WHEREAS, after completing the additional depositions, Nuance's expert Dr. Putnam

14 (Nuance's damages expert) prepared a supplemental expert report, a copy of which was provided

15 to Defendants on May 6, 2013;

16       WHEREAS, the parties had numerous meet and confer discussions, including one in

17 person meeting, to discuss whether Defendants would agree to a joint request for leave to add the

18 supplemental report to the case and to coordinate logistics for a supplemental rebuttal report and

19 depositions;

20       WHEREAS, those meet and confer efforts were unsuccessful;

21       WHEREAS, Nuance's Motion for Leave to Supplement Expert Report seeks the Court's

22 permission to supplement Dr. Putnam's expert report in light of the ABBYY Defendants' late

23 production and additional discovery sanctioned by the Court;

24       WHEREAS, Defendants oppose Nuance's Motion for Leave;

25       WHEREAS, the Court's April 2, 2013 Order Setting Schedule (Dkt. No. 649) set the

26 Pretrial Conference for July 22, 2013, at 2:00 p.m., Jury Selection for August 7, 2013, at

27 8:00 a.m., and Trial for August 12, 2013, at 8:00 a.m;

28

STIPULATION AND [~~PROPOSED~~] ORDER SHORTENING TIME             1
Case No. 3:08-cv-02912 JSW (MEJ)
sf-3285654

1    WHEREAS, pursuant to Civil L.R. 7-2(a) and the Court's Standing Civil Orders and

2    Scheduling Notes, Nuance's Motion for Leave would not be heard until at least July 12, 2013;

3    WHEREAS, the parties are in the midst of trial preparations and agree that early

4    resolution of Nuance's Motion for Leave will provide the parties with needed time to prepare any

5    rebuttal expert report responding to Nuance's supplements, conduct additional depositions of the

6    experts if needed, and generally prepare for trial in light of the permitted scope for expert

7    testimony at trial; and

8    WHEREAS, the requested shortening of time will have no effect on the remaining

9    schedule for the case.

10    NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

11    parties, through their respective counsel, that the following briefing and hearing schedule for

12    Nuance's Motion for Leave shall be adopted:

13    • Defendants' opposition must be filed by ~~Tuesday, May 28, 2013;~~ Friday, May 24, 2013

14    • Plaintiff's reply must be filed by ~~Thursday, May 30, 2013;~~ Tuesday, May 28, 2013 and

15    • the hearing, if desired by the Court, will be held on Friday, May 31st, 2013, at

16    9:00 a.m. in Courtroom 19.

17    All briefs will comply with the page limit requirements set forth in the Court's Standing

18    Civil Orders, Paragraph 7.

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1    **IT IS SO STIPULATED.**

2    Dated: May 21, 2013                     MORRISON & FOERSTER LLP

3

4                                            By: */s/ Brooks M. Beard*
                                                  BROOKS M. BEARD
5
                                                Attorneys for Plaintiff
6                                                NUANCE COMMUNICATIONS,
                                                INC.
7
     Dated: May 21, 2013                     FINNEGAN, HENDERSON, FARABOW,
8                                            GARRETT & DUNNER, LLP

9

10                                           By:   */s/ Erik R. Puknys*
                                                  Erik R. Puknys
11
                                                Attorneys for Defendants
12                                               ABBYY USA SOFTWARE HOUSE,
                                                INC., ABBYY SOFTWARE, LTD.,
13                                               ABBYY PRODUCTION, LLC, and
                                                LEXMARK INTERNATIONAL, INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2    Pursuant to stipulation,

3    **IT IS SO ORDERED.**

4

Dated:  May 22, 2013

5

_____

6    Honorable Jeffrey S. White
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28