IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS INC,

    Plaintiff,

v.

ABBYY SOFTWARE HOUSE, et al.,

    Defendants.

No. C 08-02912 JSW

**ORDER RESOLVING PRETRIAL SUBMISSIONS**

Now before the Court are several issues related to the parties' pretrial submissions. The Court HEREBY ORDERS as follows:

(1) Nuance Communications, Inc. may call Sergy Andreev and Dean Tang during the principal presentation of its case-in-chief;

(2) the Court shall not resolve the parties' multiple discovery designation disputes, deposition designations, or objections to exhibits prior to introduction of such evidence at trial (and any time utilized to resolve any such objection shall be deducted from the losing party's overall trial time);

(3) the Court adopts the plain and ordinary meaning of the terms "identifying" and "recognizing" as the same: "to establish the identity of."

**IT IS SO ORDERED.**

Dated: August 6, 2013

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE