**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS, et al., | Case No. C-08-2912 JSW |
| Plaintiff(s), | |
| v. | **ORDER TO FURNISH DAILY REFRESHMENTS** |
| ABBYY SOFTWARE HOUSE, et al., | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries / bagels for the eight (8) members of the jury in the above-entitled matter beginning Monday August 12, 2013, for the duration of the trial, at the expense of the United States. The trial will be held in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102

IT IS SO ORDERED.

Dated: August 6, 2013

_____
JEFFREY S. WHITE
United States District Judge