Matthew M. Wawrzyn, *Pro Hac Vice*
Wawrzyn LLC
233 South Wacker Drive
Willis Tower, 84th Floor
Chicago, IL 60606
312.283.8330 (telephone)
312.283-8331 (facsimile)
matt@wawrzynlaw.com

Erik R. Puknys
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: 650.849.6644
Facsimile: 650.849.6666
erik.puknys@finnegan.com

*Counsel for Defendants*
ABBYY USA SOFTWARE HOUSE, INC., *et al*.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABBYY USA SOFTWARE HOUSE, INC., *et al.*<br><br>　　　　　Defendants. | Case No: 3:08-CV-02912 JSW<br><br>**STIPULATION; NOTICE OF SUBSTITUTION OF COUNSEL; AND [PROPOSED] ORDER**<br><br>Judge: Hon. Jeffrey S. White<br>Magistrate: Hon. Maria-Elena James |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Ronald M. Wawrzyn and Matthew M. Wawrzyn of Wawrzyn LLC hereby withdraw their appearance as counsel on behalf of Defendants ABBYY USA Software House, Inc. and Lexmark International, Inc. (collectively "ABBYY").  Further, Erik R. Puknys of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP hereby enters his appearance as counsel of record on behalf of ABBYY in the above-captioned matter.

ABBYY requests that all communications and all papers filed or served, or required to be filed or served, in the above-captioned matter be directed to counsel for ABBYY at the address set below:

>  Erik R. Puknys
>  Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
>  3300 Hillview Avenue
>  Palo Alto, CA 94304
>  Telephone: 650.849.6644
>  Facsimile: 650.849.6666
>  erik.puknys@finnegan.com

WHEREFORE, ABBYY, Ronald M. Wawrzyn, and Matthew M. Wawrzyn respectfully request that the Court grant this Joint Stipulation for withdrawal of Counsel, remove Ronald M. Wawrzyn and Matthew M. Wawrzyn from the Court's ECF e-mail service list, and allow Erik R. Puknys to substitute his appearance in this matter.

Respectfully submitted,

Dated: August 21, 2013

| | |
|---|---|
| By: /s *Matthew M. Wawrzyn* <br> Matthew M. Wawrzyn, *Pro Hac Vice* <br> Wawrzyn LLC <br> 233 South Wacker Drive <br> Willis Tower, 84th Floor <br> Chicago, IL 60606 <br> 312.283.8330 (telephone) <br> 312.283-8331 (facsimile) <br> matt@wawrzynlaw.com | By: /s *Erik R. Puknys* <br> Erik R. Puknys <br> Finnegan, Henderson, Farabow, Garrett & Dunner, LLP <br> 3300 Hillview Avenue <br> Palo Alto, CA 94304 <br> Telephone: 650.849.6644 <br> Facsimile: 650.849.6666 <br> erik.puknys@finnegan.com <br><br> *Counsel for Defendants* <br> *ABBY USA SOFTWARE HOUSE, INC., et al.* |

Stipulation and Notice of Substitution of Counsel     -2-

Case No:  3:08-CV-02912 JSW

## [~~PROPOSED~~] ORDER

Defendants' Joint Stipulation for Substitution of Erik R. Puknys of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP as counsel of record for ABBY USA SOFTWARE HOUSE, INC. and LEXMARK INTERNATIONAL, INC. is hereby, GRANTED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 21, 2013

_____
THE HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE