**FILED**

AUG 26 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS INC.,          No. C 08-02912 JSW

    Plaintiff,                                       **FINAL VERDICT FORM**

v.

ABBYY SOFTWARE HOUSE, INC. ET AL.,

    Defendants.

       When answering the following questions and filling out this Verdict Form, please follow all of the instructions the Court has given you and the directions provided throughout the form. Your answer to each question must be a unanimous decision reached by all members of the jury. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

       We the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

### NUANCE'S PATENT INFRINGEMENT CLAIMS

**U.S. Patent No. 6,038,342**

Nuance has asserted infringement of claims 4, 6, 13, 14, and 18 of the '342 patent.

1.    Did Nuance prove by a preponderance of the evidence that any of the Defendants directly infringed any of claims 4, 6, 13, 14, and 18 of the '342 patent?

      Answer "Yes" or "No" __NO__

      If you answered "Yes," then separately for each Defendant, indicate which claims were directly infringed by which Defendant.

      If you answered "No," then proceed to Question 2.

|  | Claim 4 | Claim 6 | Claim 13 | Claim 14 | Claim 18 |
|---|---|---|---|---|---|
| ABBYY Software | ___ | ___ | ___ | ___ | ___ |
| ABBYY Production | ___ | ___ | ___ | ___ | ___ |
| ABBYY USA | ___ | ___ | ___ | ___ | ___ |
| Lexmark | ___ | ___ | ___ | ___ | ___ |

2. Did Nuance prove by a preponderance of the evidence that any of the Defendants induced infringement of any of claims 4, 6, 13, 14, and 18 of the '342 patent?

Answer "Yes" or "No" __NO__

If you answered "Yes," then separately for each Defendant, indicate which Defendant induced infringement of which claims.

If you answered "No," then proceed to Question 3.

|  | Claim 4 | Claim 6 | Claim 13 | Claim 14 | Claim 18 |
|---|---|---|---|---|---|
| ABBYY Software | ___ | ___ | ___ | ___ | ___ |
| ABBYY Production | ___ | ___ | ___ | ___ | ___ |
| ABBYY USA | ___ | ___ | ___ | ___ | ___ |
| Lexmark | ___ | ___ | ___ | ___ | ___ |

3. Did Nuance prove by a preponderance of the evidence that any of the Defendants contributed to infringement of any of claims 4, 6, 13, 14, and 18 of the '342 patent?

Answer "Yes" or "No" __NO__

If you answered "Yes," then separately for each Defendant, indicate which Defendant contributed to the infringement of which claims.

If you answered "No," then proceed to Question 4.

|  | Claim 4 | Claim 6 | Claim 13 | Claim 14 | Claim 18 |
|---|---|---|---|---|---|
| ABBYY Software | ___ | ___ | ___ | ___ | ___ |
| ABBYY Production | ___ | ___ | ___ | ___ | ___ |
| ABBYY USA | ___ | ___ | ___ | ___ | ___ |
| Lexmark | ___ | ___ | ___ | ___ | ___ |

4. If you answered "Yes" to any part of Questions 1-3, did Nuance prove by clear and convincing evidence that Defendants' infringement of the '342 patent was willful?

Answer "Yes" or "No" for each Defendant.

ABBYY Software ___

ABBYY Production ___

ABBYY USA ___

Lexmark ___

**U.S. Patent No. 5,381,489**

Nuance has asserted infringement of claim 7 of the '489 patent.

5. Did Nuance prove by a preponderance of the evidence that any of the Defendants directly infringed claim 7 of the '489 patent?

Answer "Yes" or "No" __NO__

If you answered "Yes," then separately for each Defendant, indicate which Defendant directly infringed claim 7 of the '489 patent.

If you answered "No," then proceed to Question 6.

Claim 7

ABBYY Software ___

ABBYY Production ___

3

| | |
|---|---|
| ABBYY USA | _____ |
| Lexmark | _____ |

6. Did Nuance prove by a preponderance of the evidence that any of the Defendants induced infringement of claim 7 of the '489 patent?

   Answer "Yes" or "No" __NO__

   If you answered "Yes," then separately for each Defendant, indicate which Defendant induced infringement of claim 7 of the '489 patent.

   If you answered "No," then proceed to Question 7.

   Claim 7

| | |
|---|---|
| ABBYY Software | _____ |
| ABBYY Production | _____ |
| ABBYY USA | _____ |
| Lexmark | _____ |

7. Did Nuance prove by a preponderance of the evidence that any of the Defendants contributed to infringement of claim 7 of the '489 patent?

   Answer "Yes" or "No" __NO__

   If you answered "Yes," then separately for each Defendant, indicate which Defendant contributed to the infringement of claim 7 of the '489 patent.

   If you answered "No," then proceed to Question 8.

   Claim 7

| | |
|---|---|
| ABBYY Software | _____ |
| ABBYY Production | _____ |
| ABBYY USA | _____ |
| Lexmark | _____ |

8.  If you answered "Yes" to Question 5, 6 or 7, did Nuance prove by clear and convincing evidence that any of Defendants' infringement of the '489 patent was willful?

    Answer "Yes" or "No" for each Defendant.

    ABBYY
    Software        _____

    ABBYY
    Production      _____

    ABBYY
    USA             _____

    Lexmark         _____

**U.S. Patent No. 6,742,161**

Nuance has asserted infringement of claim 62 of the '161 patent against the ABBYY Defendants.

9.  Did Nuance prove by a preponderance of the evidence that any of the ABBYY Defendants directly infringed claim 62 of the '161 patent?

    Answer "Yes" or "No"  __NO__

    If you answered "Yes," then separately for each of the ABBYY Defendants, indicate which Defendant directly infringed claim 62 of the '161 patent.

    If you answered "No," then proceed to Question 10.

            Claim 62

    ABBYY
    Software        _____

    ABBYY
    Production      _____

    ABBYY
    USA             _____

10. Did Nuance prove by a preponderance of the evidence that any of the ABBYY Defendants induced infringement of claim 62 of the '161 patent?

    Answer "Yes" or "No"  __NO__

    If you answered "Yes," then separately for each of the ABBYY Defendants, indicate which Defendant induced infringement of claim 62 of the '161 patent.

    If you answered "No," then proceed to Question 11.

5

Claim 62

ABBYY Software  _____

ABBYY Production  _____

ABBYY USA  _____

11. Did Nuance prove by a preponderance of the evidence that any of the ABBYY Defendants contributed to infringement of claim 62 of the '161 patent?

Answer "Yes" or "No" __NO__

If you answered "Yes," then separately for each of the ABBYY Defendants, indicate which Defendant contributed to the infringement of claim 62 of the '161 patent.

If you answered "No," then proceed to Question 12.

Claim 62

ABBYY Software  _____

ABBYY Production  _____

ABBYY USA  _____

12. If you answered "Yes" to Questions 9, 10 or 11, did Nuance prove by clear and convincing evidence that any of the ABBYY Defendants' infringement of the '161 patent was willful?

Answer "Yes" or "No" for each ABBYY Defendant.

ABBYY Software  _____

ABBYY Production  _____

ABBYY USA  _____

## DAMAGES FOR PATENT INFRINGEMENT

13. If you found that neither the ABBYY Defendants nor Lexmark infringed any claim of the '342 and '489 patents, do not answer this Question and proceed to Question 14.

    If you found that any of the ABBYY Defendants or Lexmark infringed at least one claim of either the '342 or '489 patent, what amount of damages, if any, did Nuance prove by a preponderance of the evidence for infringement of the '342 and/or '489 patents?

    The ABBYY Defendants     $ _____

    Lexmark                  $ _____

14. If you found that the ABBYY Defendants did not infringe claim 62 of the '161 patent, do not answer this Question and proceed to Question 15.

    If you found that any of the ABBYY Defendants infringed claim 62 of the '161 patent, what amount of damages, if any, did Nuance prove by a preponderance of the evidence for infringement of the '161 patent?

    The ABBYY Defendants     $ _____

## NUANCE'S TRADE DRESS CLAIMS AGAINST ABBYY

15. Did Nuance prove by a preponderance of the evidence that its asserted packaging trade dress is protectable?

    Answer "Yes" or "No"  __NO__

    If you answered "No," then skip the rest of the Questions.

16. Did Nuance prove by a preponderance of the evidence that ABBYY infringed Nuance's trade dress?

    Answer "Yes" or "No"  _____

    If you answered "No," then skip the rest of the Questions.

## DAMAGES FOR TRADE DRESS INFRINGEMENT

17. What amount of damages, if any, has Nuance proven by a preponderance of the evidence for infringement of its trade dress?

    Amount                   $ _____

Please date and sign the Verdict Form and return it to the Court.

Dated: __8/25/13__                    _____[signature]_____
                                      Foreperson

7