| | |
|---|---|
| M. CRAIG TYLER, *Pro Hac Vice* | JAMES P. BENNETT (CA SBN 65179) |
| CTyler@wsgr.com | JBennett@mofo.com |
| HENRY PAN, *Pro Hac Vice* | MICHAEL A. JACOBS (CA SBN 111664) |
| HPan@wsgr.com | MJacobs@mofo.com |
| WILSON SONSINI GOODRICH & ROSATI | BROOKS M. BEARD (CA SBN 181271) |
| Professional Corporation | BBeard@mofo.com |
| 900 South Capital of Texas Highway | MORRISON & FOERSTER LLP |
| Las Cimas IV, Fifth Floor | 425 Market Street |
| Austin, Texas 78746-5546 | San Francisco, California 94105-2482 |
| Telephone: 512.338.5400 | Telephone: 415.268.7000 |
| Facsimile: 512.338.5499 | Facsimile: 415.268.7522 |

JAMES C. YOON (CA SBN 177155)
JYoon@wsgr.com
CHRISTOPHER P. GREWE (CA SBN 245938)
CGrewe@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: 650.493.9300
Facsimile: 650.565.5100

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABBYY USA SOFTWARE HOUSE, INC., a California corporation, ABBYY SOFTWARE, LTD., a Cyprus corporation, ABBYY PRODUCTION, LLC, a Russian corporation, and LEXMARK INTERNATIONAL, INC., a Delaware corporation, <br><br> Defendants. | Case No.   C 08-02912 JSW MEJ <br><br> **CORRECTED STIPULATION AND [PROPOSED] ORDER REGARDING CORRECTED ADMISSION OF TRIAL EXHIBIT 1109** |

Plaintiff Nuance Communications, Inc. ("Nuance"), and Defendants ABBYY Software House, Inc., ABBYY Software, Ltd., ABBYY Production, LLC, and Lexmark International, Inc. (collectively, "Defendants", and together with Nuance, "Parties") stipulate and agree as follows:

1. On Monday, August 12, 2013, while Dr. Lopresti was on the stand, Nuance introduced and entered into evidence Trial Exhibit 1109, which is a certified copy of the '342 patent reexamination file history;

2. Nuance inadvertently provided the Court with an incomplete copy of Trial Exhibit 1109 for admission into evidence;

3. The Parties agree that a full version of Trial Exhibit 1109 should be admitted into evidence in place of the incomplete version;

4. The Parties request that the Court replace the incomplete version of Trial Exhibit 1109, currently in evidence, with an updated and complete version of Trial Exhibit 1109; and

5. The Parties further request that the updated and complete version of Trial Exhibit 1109 be deemed admitted on Monday, August 12, 2013.

**IT IS SO STIPULATED.**

Dated: August 20, 2013                                MORRISON & FOERSTER LLP

By: /s/ Brooks M. Beard
    BROOKS M. BEARD

    Attorneys for Plaintiff
    NUANCE COMMUNICATIONS, INC.

| | | |
|---|---|---|
| Dated: August 20, 2013 | | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | By: | /s/ Erik R. Puknys |
| | | Erik R. Puknys |
| | | Attorneys for Defendants ABBYY USA SOFTWARE HOUSE, INC., ABBYY SOFTWARE, LTD., ABBYY PRODUCTION, LLC, and LEXMARK INTERNATIONAL, INC. |

**ORDER**

Pursuant to stipulation of all parties, the incomplete version of Trial Exhibit 1109 that was entered into evidence on Monday, August 12, 2013, shall be replaced with the updated and complete version of Trial Exhibit 1109. The updated and complete version of Trial Exhibit 1109 shall be deemed admitted on Monday, August 12, 2013.

**IT IS SO ORDERED.**

Dated: August 27, 2013

_____
Honorable Jeffrey S. White
United States District Judge