| | |
|---|---|
| M. CRAIG TYLER, *Pro Hac Vice* | JAMES P. BENNETT (CA SBN 65179) |
| CTyler@wsgr.com | JBennett@mofo.com |
| HENRY PAN, *Pro Hac Vice* | MICHAEL A. JACOBS (CA SBN 111664) |
| HPan@wsgr.com | MJacobs@mofo.com |
| WILSON SONSINI GOODRICH & ROSATI | BROOKS M. BEARD (CA SBN 181271) |
| Professional Corporation | BBeard@mofo.com |
| 900 South Capital of Texas Highway | MORRISON & FOERSTER LLP |
| Las Cimas IV, Fifth Floor | 425 Market Street |
| Austin, Texas 78746-5546 | San Francisco, California 94105-2482 |
| Telephone: 512.338.5400 | Telephone: 415.268.7000 |
| Facsimile: 512.338.5499 | Facsimile: 415.268.7522 |

JAMES C. YOON (CA SBN 177155)
JYoon@wsgr.com
CHRISTOPHER P. GREWE (CA SBN 245938)
CGrewe@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: 650.493.9300
Facsimile: 650.565.5100

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., | Case No.   C 08-02912 JSW MEJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING POST-TRIAL BRIEFING PAGE LIMITS** |
| v. | |
| ABBYY USA SOFTWARE HOUSE, INC., a California corporation, ABBYY SOFTWARE, LTD., a Cyprus corporation, ABBYY PRODUCTION, LLC, a Russian corporation, and LEXMARK INTERNATIONAL, INC., a Delaware corporation, | |
| Defendants. | |

Plaintiff Nuance Communications, Inc. ("Nuance"), and Defendants ABBYY Software House, Inc., ABBYY Software, Ltd., ABBYY Production, LLC, and Lexmark International, Inc. (collectively, "Defendants", and together with Nuance, the "Parties") stipulate and agree as follows:

1. Nuance's post-trial motions are due on Monday, September 23, 2013;

2. Nuance intends to request judgment as a matter of law and/or a new trial;

3. Rather than having Nuance file two separate briefs to support these motions, and subject to the Court's approval, the Parties agree that Nuance shall file a single brief supporting both motions, with a 25-page limit for its brief; and

4. The Parties further agree that Defendants shall be limited to 25 pages for their opposition brief and that Nuance shall be limited to 10 pages for its reply brief.

**IT IS SO STIPULATED.**

Dated: September 17, 2013          MORRISON & FOERSTER LLP

By: /s/ Brooks M. Beard
BROOKS M. BEARD

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

Dated: September 17, 2013          FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: /s/ Erik R. Puknys
Erik R. Puknys

Attorneys for Defendants
ABBYY USA SOFTWARE HOUSE, INC., ABBYY SOFTWARE, LTD., ABBYY PRODUCTION, LLC, and LEXMARK INTERNATIONAL, INC.

## **ORDER**

Pursuant to stipulation of all parties, Nuance shall file a single post-trial motion covering its request for judgment as a matter of law and its request for a new trial, Nuance shall be limited to 25 pages for its opening brief, Defendants shall be limited to 25 pages for their opposition brief, and Nuance shall be limited to 10 pages for its reply brief.

**IT IS SO ORDERED.**

Dated: September _____, 2013

                                          Honorable Jeffrey S. White
                                          United States District Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Brooks M. Beard, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that Erik R. Puknys has concurred in this filing.

Dated: September 17, 2013 */s/ Brooks M. Beard*
BROOKS M. BEARD