United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS, INC.,

    Plaintiff,

v.

ABBYY SOFTWARE HOUSE, ET AL.,

    Defendants.

No. C 08-02912 JSW

**ORDER REFERRING MOTION FOR REVIEW OF COSTS AWARD TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, Defendants' motion for review of costs award is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated:    October 21, 2013

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk