MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

DAVID J. LENDER, *Pro Hac Vice*
david.lender@weil.com
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: 212.310.8000
Facsimile: 212.310.8007

M. CRAIG TYLER, *Pro Hac Vice*
CTyler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: 512.338.5400
Facsimile: 512.338.5499

Attorneys for Plaintiff
*Nuance Communications, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ABBYY USA SOFTWARE HOUSE, INC., a California corporation, ABBYY SOFTWARE, LTD., a Cyprus corporation, ABBYY PRODUCTION LLC, a Russia corporation, and LEXMARK INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. CV 08-02912-JSW (MEJ)<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT ON DEFENDANT'S INVALIDITY COUNTERCLAIMS** |

1  **IT IS HEREBY ORDERED** that Final Judgment is entered in this case against Lexmark on its invalidity counterclaims with respect to United States Patent Nos. 6,038,342, 5,381,489, and 6,742,161. The Court further dismisses without prejudice Lexmark's invalidity counterclaims with respect to United States Patent Nos. 5,261,009, 5,131,053, 5,436,983, 6,810,404, and 6,820,094 because they are moot.

**IT IS SO ORDERED.**

Dated:  June 23, 2014

_____
Jeffrey S. White
United States District Judge